UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY LOU WALEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-cv-1718 (BAH) |
| ) | |
| UNITED STATES OF AMERICA, *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT UNITED STATES OF AMERICA'S
### MOTION FOR SUMMARY JUDGMENT

Defendant, the United States of America ("United States"), by and through undersigned counsel, respectfully moves the Court for summary judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure. Plaintiff's contributory negligence operates as a complete bar to her claim under the law of the District of Columbia as a matter of law. Alternatively, Plaintiff's claims require competent expert testimony to establish the elements of the United States' alleged negligence—and Plaintiff's expert report fails to competently establish United States' of any breach of any duty of care. For these reasons, further detailed in the accompanying Statement of Material Facts Not in Dispute and Memorandum of Points and Authorities, Plaintiff's claims against United States should be dismissed.

Dated: November 20, 2018
Washington, DC

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar #472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar #924092
        Chief, Civil Division

By:     /s/
        WYNEVA JOHNSON
        Assistant United States Attorney
        555 4th Street, NW
        Washington, DC 20530
        (202) 252-2518
        Wyneva.Johnson@usdoj.gov

*Attorneys for the United States of America*

*Of Counsel*
Charles Wallace
Attorney - Advisor
Solicitor's Office - General Law
U.S. Department of the Interior