UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY LOU WALEN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 15-1718 (BAH)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNITED STATES' STATEMENT OF
MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Civil Rule 7(h), Defendant, the United States of America ("United States") submits the following statement of material facts not in dispute:

1. On October 29, 2012, Plaintiff Mary Lou Walen, a resident of the District of Columbia ("District"), was injured when she was struck by a tree limb as she walked on the sidewalk along Connecticut Avenue Northwest, and specifically as she crossed the bridge that spans Klingle Valley. (Complaint, ECF No. 1 at ¶¶ 6 – 9).

2. Klingle Valley is a wooded area that is a component of Rock Creek National Park, under the management of the National Park Service ("NPS"), an agency of the United States. (Declaration of Diana Bramble, ECF No. 14, Attachment 2 at ¶ 8).

3. The sidewalk on which Plaintiff was injured is adjacent to trees under the maintenance jurisdiction of both the NPS and the District. (Ex. G (in relevant part), Deposition of M. Ertem, at 9:5 – 10:11).

4. Plaintiff does not remember crossing the bridge, nor does she remember being struck by the tree limb or limbs. (Ex. H (in relevant part), Deposition of Plaintiff Mary Lou Walen, attached hereto as, at 33:7 – 34:15).

5. There are no known witnesses to the accident. (*Id*. at 15:4 – 15:10).

6. There is no known individual with personal knowledge of where the tree limb or limbs originated.

7. On October 22, 2012, the National Weather Service National Hurricane Center ("NHC") confirmed that a tropical cyclone had formed in the Caribbean Sea and designated the cyclone "Sandy". (Ex. A, NHC Tropical Cyclone Report Hurricane Sandy, AL12012, at 2).

8. On October 24, 2012, the NHC confirmed that Sandy had strengthened to a Category 1 hurricane. (*Id*. at 3).

9. By October 26, 2012, Hurricane Sandy was the largest tropical cyclone, by diameter, since the NHC began recording storm diameter in 1988. (*Id*. at 6).

10. On October 26, 2012, Mayor Vincent C. Gray of the District declared a State of Emergency for the District effective October 26, 2012, through November 10, 2012. (Ex. B , "Declaration of Public Emergency", Oct. 26, 2012,).

11. On Sunday, October 28, 2012, Mayor Gray and the District's emergency management agencies held a press conference to provide an update on the approaching Hurricane Sandy. At the press conference, Mayor Gray advised that the District of Columbia government, the Washington Metro Area Transit Authority, and the federal government would be closed on Monday, October 29, 2012. (Ex. C, Press Release, District of

2

Columba Multi-Agency, "Mayor Gray Closes District Government Monday", October 28, 2012; Tim Craig, Hurricane Sandy: *D.C. Mayor Gray Calls for Immediate Preparations*, THE WASHINGTON POST, October 28, 2012).[1]

12. At the October 28, 2012 press conference, Mayor Gray stated, that the District "is likely to suffer significant power outages due to fallen trees and other debris." (Ex. C, Press Release, District of Columba Multi-Agency, "Mayor Gray Closes District Government Monday", October 28, 2012; Tim Craig, Hurricane Sandy: *D.C. Mayor Gray Calls for Immediate Preparations*, THE WASHINGTON POST, October 28, 2012).

13. At the October 28, 2012 press conference, Mayor Grey stated that "District residents need to shelter in place during the peak of this storm, preferably on the lowest level of their home and as far away as possible from windows and potential falling trees." . (Ex. C, Press Release, District of Columba Multi-Agency, "Mayor Gray Closes District Government Monday", October 28, 2012; Tim Craig, Hurricane Sandy: *D.C. Mayor Gray Calls for Immediate Preparations*, THE WASHINGTON POST, October 28, 2012).

14. At the October 28, 2012 press conference, the District's Homeland Security and Emergency Management Agency director, Chris Geldart, said "We are asking people to stay alert, stay indoors, and be prepared." (Ex. C, Press Release, District of Columba Multi-Agency, "Mayor Gray Closes District Government Monday", October 28, 2012; Tim Craig, Hurricane Sandy: *D.C. Mayor Gray Calls for Immediate Preparations*, THE WASHINGTON POST, October 28, 2012).

---

[1] https://www.washingtonpost.com/local/dc-politics/hurricane-sandy-dc-mayor-gray-calls-for-immediate-preparations/2012/10/28/b4fd613e-212b-11e2-8448-81b1ce7d6978_story.html?noredirect=on&utm_term=.ef7c906fba38

15. After the District government's October 28, 2012 press conference, the District's emergency management agencies (including the Executive Office of the Mayor, Homeland Security and Emergency Management Agency, and others) issued a joint press release advising of storm preparations and the comments and instructions made by Mayor Gray and emergency management officials regarding the approaching storm. (Ex. C).

16. The District's emergency management joint press release also stated that "Sustained tropical-storm force winds of 40-60 miles per hour with gusts up to hurricane strength (75 miles per hour or more) are possible, and the duration of the storm's peak impact will likely be several hours—with conditions expected to deteriorate rapidly during the day [October 29, 2012] and the peak of the extreme winds expected between about noon Monday and the early hours of Tuesday morning, with high winds extending well into the day on Tuesday."  (*Id*.)

17. Television, print, and internet news outlets for the District also warned of the approaching hurricane and precautions to be taken by District residents. (*See e.g.* Tim Craig, Hurricane Sandy:  *D.C. Mayor Gray Calls for Immediate Preparations*, THE WASHINGTON POST, October 28, 2012).

18. Plaintiff was aware of the approaching hurricane. (Ex. H at 67:22 – 67:23).

19. Plaintiff's accident occurred at approximately 3:15 p.m. on October 29, 2012. (Complaint, ECF No. 1 at ¶ 7).

20. The responding Washington, D.C. Metropolitan Police Department ("MPD") investigator noted the weather conditions at the time of the accident as "heavy rain and wind." (Ex. D, MPD Incident Report at Evidence Report).

Dated: November 20, 2018

Washington, DC

                          Respectfully submitted,

                          JESSIE K. LIU, D.C. Bar #472845
                          United States Attorney

                          DANIEL F. VAN HORN, D.C. Bar #924092
                          Chief, Civil Division

                          By: _____/s/_____
                                WYNEVA JOHNSON
                                Assistant United States Attorney
                                555 4th Street, NW
                                Washington, DC 20530
                                (202) 252-2518
                                Wyneva.Johnson@usdoj.gov

                          *Attorneys for the United States of America*

                          *Of Counsel*
                          Charles Wallace
                          Attorney - Advisor
                          Solicitor's Office - General Law
                          U.S. Department of the Interior