GOVERNMENT OF THE DISTRICT OF COLUMBIA

ADMINISTRATIVE ISSUANCE SYSTEM

ADMINISTRATIVE ISSUANCE SYSTEM

**Mayor's Order 2012-186**
**October 26, 2012**

**SUBJECT:** Declaration of Public Emergency

**ORIGINATING AGENCY:** District of Columbia Homeland Security and Emergency Management Agency

By virtue of the authority vested in the Mayor of the District of Columbia pursuant to section 422(11) of the District of Columbia Home Rule Act, approved December 24, 1973, 87 Stat. 790, Pub. L. No. 93-198, D.C. Official Code § 1-204.22(11) (2012 Supp.), and pursuant to section 5 of the District of Columbia Public Emergency Act of 1980, effective March 5, 1981, D.C. Law 3-149, D.C. Official Code § 7-2304 (2008 Repl.), and section 2 of the Natural Disaster Consumer Protection Act of 1992 ("NDCPA"), effective March 20, 1992, D.C. Law 9-80, D.C. Official Code § 28-4102 (2011 Repl.), it is hereby **ORDERED** that:

### I. FINDINGS (NATURE OF THE PUBLIC EMERGENCY)

Because a storm system associated with Hurricane Sandy is rapidly approaching the District and is expected to have serious widespread effects in the region, there is an imminent threat to the health, safety and welfare of District residents that requires emergency protective actions. Accordingly, a public emergency is by this Order declared in the District of Columbia, effective October 26, 2012. This Order shall stay in effect for 15 days until and unless provided for by further Mayoral Order.

### II. EMERGENCY MEASURES AND REQUIREMENTS

A. The City Administrator, in consultation with the Director of the District of Columbia Homeland Security and Emergency Management Agency, is authorized to implement such measures as may be necessary or appropriate to protect persons and property in the District of Columbia from the conditions caused by the this storm. Such measures may include, as necessary or appropriate, actions authorized under D.C. Official Code § 7-2304(b), including requesting federal disaster assistance, or taking measures under the District Response Plan to the extent necessary or appropriate to effectuate the relief contemplated by this Order. Such measures may also include where appropriate, actions to enforce the NDCPA.

B. This Order shall apply to all departments, agencies, and instrumentalities of the District government as necessary or appropriate to implement this Order.

C. The Chief Financial Officer of the District of Columbia is authorized to approve disbursement of all appropriations necessary to carry out this Order.

D. The City Administrator, in coordination with the Deputy Mayor for Public Safety and Justice, the Director of the District of Columbia Homeland Security and Emergency Management Agency and the Chief Financial Officer, is authorized to apply for financial assistance through the Federal Emergency Management Agency, any other federal, private, or nonprofit disaster relief and recovery organizations, and any other appropriate agencies of the United States government to recoup expenditures incurred, or obtain funding needed, under this order.

E. The District Response Plan (DRP) is hereby implemented beginning October 26, 2012.

F. In accordance with 49 C.F.R. § 390.23 (Relief from Regulations), crews directly engaged in the resolution of this emergency shall not be subject to any provision that restricts the length of their work hours. Accordingly, this order permits utility workers and District agencies to retain crews to complete emergency repairs and restore services beyond normal work hours.

III. **DURATION OF ORDER**

This Order shall remain in effect until fifteen (15) days after its effective date, unless earlier rescinded or superseded.

IV. **EFFECTIVE DATE:**   This Order shall become effective immediately.

_____  
VINCENT C. GRAY  
MAYOR

ATTEST: _____  
CYNTHIA BROCK-SMITH  
SECRETARY OF THE DISTRICT OF COLUMBIA