**Metropolitan Police Department Washington, D.C.**

## Incident - Based Event Report

Public MPD Document

REPORT NUMBER: 12152902

### PART I - CLASSIFICATION OF EVENT

| TYPE OF REPORT | EVENT START DATE / TIME | EVENT END DATE / TIME | DATE OF REPORT | TIME OF REPORT |
|---|---|---|---|---|
| Incident | 10/29/2012 / 1517 | 10/29/2012 / 1517 | 10/29/2012 | 1517 |

| DISTRICT | SECTOR | PSA | COMPLAINT NUMBER |
|---|---|---|---|
| 2D | | 204 | 12152902 |

| EVENT LOCATION ADDRESS | POSITION | REPORT RECEIVED BY | RADIO RUN LOCATION IF DIFFERENT FROM EVENT LOCATION | PROPERTY TYPE |
|---|---|---|---|---|
| 3200 CONNECTICUT AVE NW | | | CONNECTICUT AVE NW / DEVONSHIRE PL NW | PUBLIC |

| EVENT NO. 1 | INJURED PERSON TO HOSPITAL |
|---|---|

| FORCED ENTRY | POINT OF ENTRY | Method Used | WEATHER CONDITIONS |
|---|---|---|---|
| NO | | | RAINING |

| SUSPECTED HATE CRIME? | SECURITY SYSTEM | LOCATION TYPE | DESIGNATED AREAS |
|---|---|---|---|
| | | SIDEWALK | |

### PART II - VICTIM INFORMATION

| TYPE | NAME OF COMPLAINANT/VICTIM | RELATED TO EVENT NO(S). | VICTIM TYPE |
|---|---|---|---|
| COMPLAINANT | WALEN, MARY LOU | 1 | INDIVIDUAL |

| DATE OF BIRTH | AGE RANGE | SEX | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|
| | | FEMALE | | |

| RACE / ETHNICITY | HOME ADDRESS |
|---|---|
| WHITE | |

| BUSINESS ADDRESS/SCHOOL | OCCUPATION | IS EVENT RELATED TO OCCUPATION? |
|---|---|---|
| | | |

ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM

INJURIES Use the following codes to describe injuries.

| N = None Visible | O = Other Major Injury | M = Apparent Minor Injury | I = Possible Internal Injury | T = Loss of Teeth |
|---|---|---|---|---|
| T = Loss of Teeth | B = Apparent Broken Bones | G = Gunshot | U = Unconscious | |

| | INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB# |
|---|---|---|---|---|---|---|---|---|
| 1 | COMPLAINANT | 1 | LBIM | SEVERE LACERATION, APPARENT BROKEN BONES, POSSIBLE INTERNAL INJURY, APPARENT MINOR INJURY | | | | |

| NARRATIVE Describe event and action taken. | | | | | | |
|---|---|---|---|---|---|---|
| ON MONDAY, 10/29/12, AT APPROXIMATELY 1517 HOURS, C-1 WAS ON THE PUBLIC SIDEWALK ON THE WEST SIDE OF THE 3200 BLOCK OF CONNECTICUT AVE NW WHEN SHE WAS STRUCK BY FALLING TREE LIMB. WHEN THE R/O ARRIVED ON THE SCENE, HE OBSERVED C-1 BEING ATTENDED BY DCFD E-21 PERSONNEL. C-1 WAS CONSCIOUS AND EXPRESSING (SCREAMING) HER PHYSICAL PAIN. THE REPORTING OFFICER OBSERVED FALLEN TREE LIMB DEBRIS ON AND AROUND C-1. DCFD MEDIC 31 TRANSPORTED C-1 TO GEORGE WASHINGTON UNIVERSITY HOSPITAL IN CRITICAL CONDITION.<br>  THE R/O RESPONDED TO GWU HOSPITAL WHERE C-1 WAS IDENTIFIED BY A BANK OF AMERICA BANCARD AND A DC GOVERNMENT CHECK IN HER POSSESSION. DR. BARAK SARANI INFORMED THE R/O THAT C-1 SUSTAINED A LACERATION TO HER HEAD, BI-LATERAL ARM FRACTURES, A FEMORAL FRACTURE TO HER RIGHT LEG AND AN ABRASION TO HER LEFT LEG. DR. SARANI ALSO INFORMED THE R/O THAT C-1 IS IN CRITICAL CONDITION.<br>  VIOLENT CRIMES INVESTIGATOR C. MACWILLIAMS, D2 1605 AND AFTER PROCESSING THE SCENE, CSES OFC. BRAKE RESPONDED TO GWU HOSPTAL. OFFICERS WERE NOT ABLE TO INTERVIEW C-1.<br>  THE R/O RESPONDED TO C-1`S LISTED ADDRESS IN AN ATTEMPT TO VERIFY HER IDENTITY; NO SUCCESS.<br>  CIC NOTIFIED; OFC. L. WHITTINGTON.<br>  TELETYPE NOTIFIED; STAGG #408.<br>  GWU HOSPITAL E/R CHARGE NURSE "BRIDGETTE" INFORMED THE R/O THAT WALEN WAS UNDERGOING EMERGENCY SURGERY. | | | | | | |
| EVIDENCE TECHNICIAN/CSES # | NAME OF INVESTIGATOR NOTIFIED | | TELETYPE NOTIFIED (Name) | | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | |
| TELETYPE # | REPORTING OFFICER'S SIGNATURE<br>FENNELL JR, ROBERT | | REPORTING OFFICER'S EMAIL | | BADGE NUMBER<br>4475 | ELEMENT<br>2D |
| OTHER POLICE AGENCY | SECOND OFFICER'S NAME | | SECOND OFFICER'S EMAIL | | BADGE NUMBER | ELEMENT |
| SIGNATURE OF SUPERVISOR<br>PHILLIPS, DONALD M | SUPERVISOR'S EMAIL<br>donald.phillips@dc.gov | | BADGE NUMBER<br>S0871 | ELEMENT<br>2D | REVIEWER | STATUS<br>OPEN |

## METROPOLITAN POLICE DEPARTMENT
## CRIME SCENE EXAMINATION SECTION
## EVIDENCE REPORT

PD 668   05/97

| CSES NUMBER | COMPLAINT NUMBER | TECHNICIAN | UNIT | DATE |
|---|---|---|---|---|
| 12-16797 | 152-902 | BRAKE, DAREN | CSID | 10/29/12 |

| COMPLAINANT OR DECEDENT | OFFENSE | DISPATCH TIME |
|---|---|---|
| Walan, Mary | Injured Person to Hospital | 1610 |

**LOCATION OF OFFENSE:**
3200 blk. Connecticut Ave., NW   PSA 203

| TO: Commander O.S.D. | FROM: Commander, CSID |
|---|---|
| ATTENTION: SECOND DISTRICT DETECTIVES | SECTION: |
| THRU: Investigative Services Bureau | UNIT/DIVISION: Crime Scene Investigation Division |

12-16797

On Monday, October 29, 2012, the undersigned technician received a radio assignment to respond to 3200 blk. Connecticut Ave., NW in reference to an injured person to the hospital. On scene, I was briefed by Ofc. Fennell, badge no. 4475. The following services were rendered.

**WEATHER:** Heavy rain and wind, high of mid 50s.

**PHOTOGRAPHS:** Photographs were taken of the scene.

**ITEMS OF EVIDENCE RECOVERED:**

None.

**TECHNICIAN NOTES:**

Crime scene arrived on scene at 1635 hours. The scene was a the 3200 block of Connecticut St., NW, the overpass to Rock Creek Park. A large tree limb broke from a tree during a storm and struck C-1 while she was walking in the listed block. Crime Scene responded to George Washington Hospital to photograph C-1. No photographs were possible due to her medical treatment.

| NAME OF MEMBER PREPARING REPORT | BADGE NO. | REVIEWING OFFICIAL | UNIT |
|---|---|---|---|
| BRAKE, DAREN R. | 2088 | Quisha Pettus | CSID |

**FOR ID USE ONLY**

| Latents are of no value | Following Latent Prints are of Value: __FINGERS __PALMS __TIPS | Forwarded___ RECEIVED NOV 1 3 2012 |
|---|---|---|
| Per_____ Date_____ | Per_____ Date_____ | Entered___ |