

**Lew Bloch**
*Bloch Consulting Group*

# TREE REPORT

## PREPARED FOR
## PRICE BENOWITZ, LLP

## IN THE MATTER OF
## WALEN V. U.S.

## PREPARED BY
## LEW BLOCH

## AUGUST 7, 2017

10916 Bells Ridge Drive, Potomac, MD 20854
Fax: (301) 983-2579 • Phone: (301) 983-2781 • Email: lewbloch@aol.com

**Conclusion:** It is my professional opinion that the tree limb that fell on October 29, 2012 at the 3200 block of Connecticut Ave. NW, Washington, D.C. and caused personal injury to Ms. Mary Lou Walen was a dead, brittle limb. This limb had been dead or dying and decaying for several years prior to the incident, and was large enough that it should have been evident and discovered during tree risk assessment assignments.

**Background:** It is my understanding that a large rotting tree limb fell upon Ms. Walen while she was walking along the 3200 block of Connecticut Ave, NW on October 29, 2012 causing personal injury to her.

In June 2015 I was retained to inspect some documents and 14 color photographs in order to offer my preliminary opinions about the condition of the tree limb that caused this accident. The documents were incident reports and service request reports.

In September of 2015 I was supplied with The National Park Service (NPS) documents relating to tree management and work reports, and a letter from Tara Morrison to Richard Steacy regarding the incident.

In July 2017 I was retained to prepare a report about my opinions in this matter.

**Discussion:** Some of the photos that were provided to me disclosed numerous very brittle broken limbs on the sidewalk. It is my understanding that these were from the limb that caused the injuries. These pieces were so brittle and decayed that they shattered when they landed. If this had been a live limb that fell, it would not have broken up in such small pieces. Based upon the photos, this branch had been dead or dying for several years; likely at least three to six years. This scenario is depicted in the photos on pages 4 and 5 of this report.

The two photos on page 6 are of a dead/dying tree adjacent to the Connecticut Avenue Bridge that has been identified as the tree that had the limb failure that caused this incident.

As stated, and as mentioned in the documents that I reviewed, regular inspections are required by the NPS in order to protect the public "from the risks resulting from hazardous trees and/or tree parts." Their A-123 Internal Control Assessment Program and Tree Management Action Plan for the Rock Creek Park area go into detail about maintaining safety of the public from hazardous trees. They require monthly drive-by inspections for primary roads, bi-annual walk through inspections for all other areas by trained tree care professionals. Furthermore, all inspections need to be documented. I have not yet received any copies of these inspection reports.

In the November 2, 2012 letter from Tara Morrison (Superintendent of Rock Creek Park) to Richard Steacy (of the ANC) it was stated that "the tree appears to have failed due to rain and heavy winds." It also stated that they perform regular tree inspections throughout all of Rock Creek Park. It is obvious that this hazardous limb was over-looked in several tree inspections.

Also, it is likely that this limb would not have failed from the weather events if it had been a live, healthy limb.

**Summary:** The tree limb that failed and caused the injuries in this matter had been dead, dying, and decaying for several years prior to the incident and should have been discovered and the problem abated if the regular, required tree inspections had been performed properly. Furthermore. In spite of the wind and rain event, this limb would not likely have failed if it had been a healthy, viable limb.

**Certification:** I certify that the statements made in this report to be true and correct to the best of my knowledge. The opinions expressed are my personal, unbiased professional opinions and conclusions, and I have no present or prospective interest in the vegetation that is the subject of this report. I have no personal interest or biases with respect to the parties involved, and have based my report on the situation as I have seen it.

My compensation is not contingent on the reporting, the attainment of a stipulated result, or the occurrence of a subsequent event.

My opinions and conclusions were developed, and this report prepared in conformity with standard arboricultural practices, and my expertise and experience as a consulting arborist. If further documentation or data is reviewed, my opinions could be changed, altered or maybe strengthened.

Respectfully submitted,

Lew Bloch, ASCA Registered Consulting Arborist



Hollow limb





Public MPD Document

**Metropolitan Police
Department Washington,
D.C.**

**Incident – Based Event Report**

REPORT NUMBER: 12152902

## PART I - CLASSIFICATION OF EVENT

| TYPE OF REPORT | EVENT START DATE / TIME | EVENT END DATE / TIME | DATE OF REPORT | TIME OF REPORT |
|---|---|---|---|---|
| Incident | 10/29/2012 / 1517 | 10/29/2012 / 1517 | 10/29/2012 | 1517 |

| DISTRICT | SECTOR | PSA | COMPLAINT NUMBER |
|---|---|---|---|
| 2D | | 204 | 12152902 |

| EVENT LOCATION ADDRESS | POSITION | REPORT RECEIVED BY | RADIO RUN LOCATION IF DIFFERENT FROM EVENT LOCATION | PROPERTY TYPE |
|---|---|---|---|---|
| 3200 CONNECTICUT AVE NW | | | CONNECTICUT AVE NW / DEVONSHIRE PL NW | PUBLIC |

| EVENT NO. 1 | INJURED PERSON TO HOSPITAL |
|---|---|

| FORCED ENTRY | POINT OF ENTRY | Method Used | WEATHER CONDITIONS |
|---|---|---|---|
| NO | | | RAINING |

| SUSPECTED HATE CRIME? | SECURITY SYSTEM | LOCATION TYPE | DESIGNATED AREAS |
|---|---|---|---|
| | | SIDEWALK | |

## PART II - VICTIM INFORMATION

| | TYPE | NAME OF COMPLAINANT/VICTIM | | RELATED TO EVENT NO(S). | VICTIM TYPE |
|---|---|---|---|---|---|
| | COMPLAINANT | WALEN, MARY LOU | | 1 | INDIVIDUAL |
| 1 | DATE OF BIRTH 04/03/1941 | AGE RANGE 72 | SEX FEMALE | HOME PHONE (202) 506-1719 | BUSINESS PHONE |
| | RACE / ETHNICITY WHITE | | HOME ADDRESS 2831 28TH ST NW, #30, WASHINGTON, DC 20008 | | |
| | BUSINESS ADDRESS/SCHOOL | OCCUPATION | | IS EVENT RELATED TO OCCUPATION? | |
| | ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM | | | | |

**INJURIES** Use the following codes to describe injuries.

| N = None Visible | O=Other Major Injury | M = Apparent Minor Injury | | I = Possible Internal Injury | T = Loss of Teeth |
|---|---|---|---|---|---|
| T = Loss of Teeth | B = Apparent Broken Bones | | G = Gunshot | U = Unconscious | |

| | INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB# |
|---|---|---|---|---|---|---|---|---|
| 1 | COMPLAINANT | 1 | LBIM | SEVERE LACERATION, APPARENT BROKEN BONES, POSSIBLE INTERNAL INJURY, APPARENT MINOR INJURY | | | | |

NARRATIVE Describe event and action taken.

ON MONDAY, 10/29/12, AT APPROXIMATELY 1517 HOURS, C-1 WAS ON THE PUBLIC SIDEWALK ON THE WEST SIDE OF THE 3200 BLOCK OF CONNECTICUT AVE NW WHEN SHE WAS STRUCK BY FALLING TREE LIMB.  WHEN THE R/O ARRIVED ON THE SCENE, HE OBSERVED C-1 BEING ATTENDED BY DCFD E-21 PERSONNEL. C-1 WAS CONSCIOUS AND EXPRESSING (SCREAMING) HER PHYSICAL PAIN.  THE REPORTING OFFICER OBSERVED FALLEN TREE LIMB DEBRIS ON AND AROUND C-1. DCFD MEDIC 31 TRANSPORTED C-1 TO GEORGE WASHINGTON UNIVERSITY HOSPITAL IN CRITICAL CONDITION.
   THE R/O RESPONDED TO GWU HOSPITAL WHERE C-1 WAS IDENTIFIED BY A BANK OF AMERICA BANCARD AND A DC GOVERNMENT CHECK IN HER POSSESSION.  DR. BARAK SARANI INFORMED THE R/O THAT C-1 SUSTAINED A LACERATION TO HER HEAD, BI-LATERAL ARM FRACTURES, A FEMORAL FRACTURE TO HER RIGHT LEG AND AN ABRASION TO HER LEFT LEG.  DR. SARANI ALSO INFORMED THE R/O THAT C-1 IS IN CRITICAL CONDITION.
   VIOLENT CRIMES INVESTIGATOR C. MACWILLIAMS, D2 1605 AND AFTER PROCESSING THE SCENE, CSES OFC. BRAKE RESPONDED TO GWU HOSPTAL.  OFFICERS WERE NOT ABLE TO INTERVIEW C-1.
   THE R/O RESPONDED TO C-1'S LISTED ADDRESS IN AN ATTEMPT TO VERIFY HER IDENTITY; NO SUCCESS.
   CIC NOTIFIED; OFC. L. WHITTINGTON.
   TELETYPE NOTIFIED; STAGG #408.
   GWU HOSPITAL E/R CHARGE NURSE "BRIDGETTE" INFORMED THE R/O THAT WALEN WAS UNDERGOING EMERGENCY SURGERY.

| EVIDENCE TECHNICIAN/CSES # | NAME OF INVESTIGATOR NOTIFIED | TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | | |
|---|---|---|---|---|---|
| TELETYPE # | REPORTING OFFICER'S SIGNATURE<br><br>FENNELL JR, ROBERT | REPORTING OFFICER'S EMAIL | | BADGE NUMBER<br><br>4475 | ELEMENT<br><br>2D |
| OTHER POLICE AGENCY | SECOND OFFICER'S NAME | SECOND OFFICER'S EMAIL | | BADGE NUMBER | ELEMENT |
| SIGNATURE OF SUPERVISOR<br><br>PHILLIPS, DONALD M | SUPERVISOR'S EMAIL<br><br>donald.phillips@dc.gov | BADGE NUMBER<br><br>S0871 | ELEMENT<br><br>2D | REVIEWER | STATUS<br><br>OPEN |

METROPOLITAN POLICE DEPARTMENT
## CRIME SCENE EXAMINATION SECTION
### EVIDENCE REPORT

PD 668   05/97

| CSES NUMBER 12-16797 | COMPLAINT NUMBER 152-902 | TECHNICIAN BRAKE, DAREN | UNIT CSID | DATE 10/29/12 | |
|---|---|---|---|---|---|
| COMPLAINANT OR DECEDENT Walan, Mary | | OFFENSE Injured Person to Hospital | | | DISPATCH TIME 1610 |
| LOCATION OF OFFENSE: 3200 blk. Connecticut Ave., NW   PSA 203 | | | | | |
| TO: Commander O.S.D. | | FROM: Commander, CSID | | | |
| ATTENTION: SECOND DISTRICT DETECTIVES | | SECTION: | | | |
| THRU: Investigative Services Bureau | | UNIT/DIVISION Crime Scene Investigation Division | | | |

*12-16797*

On Monday, October 29, 2012, the undersigned technician received a radio assignment to respond to 3200 blk. Connecticut Ave., NW in reference to an injured person to the hospital. On scene, I was briefed by Ofc. Fennell, badge no. 4475. The following services were rendered.

**WEATHER:** Heavy rain and wind, high of mid 50s.

**PHOTOGRAPHS:** Photographs were taken of the scene.

**ITEMS OF EVIDENCE RECOVERED:**

None.

**TECHNICIAN NOTES:**

Crime scene arrived on scene at 1635 hours. The scene was a the 3200 block of Connecticut St., NW, the overpass to Rock Creek Park. A large tree limb broke from a tree during a storm and struck C-1 while she was walking in the listed block. Crime Scene responded to George Washington Hospital to photograph C-1. No photographs were possible due to her medical treatment.

| NAME OF MEMBER PREPARING REPORT BRAKE, DAREN R. | BADGE NO. 2088 | REVIEWING OFFICIAL | UNIT CSID |
|---|---|---|---|

### FOR ID USE ONLY

| Latents are of no value | Following Latent Prints are of Value: __ FINGERS __PALMS __ TIPS | |
|---|---|---|
| Per_____ — Date_____ | Per_____ — Date_____ | Forwarded_____ By_____ Entered_____ By_____ NOV 1 3 2012 |

**Your Access to 1000's of Services**
2000 14th Street NW
Washington, DC 20009-4473
(202)727-1000 Fax (202)671-0621

Report Date: 9/25/13 3:19 PM

| | |
|---|---|
| Service #: | 1108828 |
| Problem: | TREE INSPECTION      Tree Inspection |
| Location: | 3133 - 3223 BLOCK OF CONNECTICUT AVENUE NW |
| | WASHINGTON, |

| | | | | |
|---|---|---|---|---|
| Call Date: | 10/29/2012 3:20:24 PM | Priority: | 3 | |
| Taken By: | CSR | Responsibility: | | # of Calls: 1 |
| Source: | | Project: | | |
| ☐ Customer Contact Requested | | Budget #: | | |

**Service Request Progress**

Status: CLOSED
Projected Completion Date: 10/29/2012 3:20:00 PM      Inspection Complete: 10/29/2012 5:19:31 PM
Resolve: 10/29/2012 5:19:34 PM

Location:      3133 - 3223 BLOCK OF CONNECTICUT AVENUE NW                                    Ward:  3
WASHINGTON,

**Caller Information**

| Customer Call # | First Name | Last Name | Address | |
|---|---|---|---|---|
| 934431 | UNKNOWN | UNKNOWN | | |

| Zip | Home Phone | Work Phone | Other Phone | Customer Call Date | Customer Email |
|---|---|---|---|---|---|
| | | | | 10/29/2012 3:20:24 PM | |

Comments:      12-00304125-tree branches blocking the road
By EUTSLER, EARL: 10/29/2012 5:19:42 PM
roadway is free and clear at time of inspection

| Inspected By: | | Date | Time | Resolution Code | | Date | Time |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Question And Answer Table Setup**

| Question | Answer |
|---|---|
| Is this an Emergency? | Yes |
| Is there a tree down? | Yes |

## Service Request Summary Report
### 12-00304125
Printed Date : Sep 25, 2013 - 3:19:35 PM

| | | | |
|---|---|---|---|
| **Type:** | Tree Inspection | **SR #:** | 12-00304125 |
| **Area:** | - | **Priority:** | Emergency |
| **Group:** | Urban Forrestry | **Status:** | Closed |
| **Jurisdiction:** | Dist of Columbia | **Status Date:** | Nov 20, 2012 7:45:27 PM |
| **Input By:** | Sarwar, Spozmai | **Created Date:** | Oct 29, 2012 3:18:32 PM |
| **Method Received:** | Phone | **Overdue on:** | Nov 5, 2012 3:18:32 PM |
| **Location:** | 3133 - 3223 BLOCK OF CONNECTICUT AVENUE NW, WASHINGTON, DC | | |

**Location Details:**

**SR Comments:**   tree branches blocking the road

### Flex Notes

| Flex Note Question | Flex Note Answer |
|---|---|
| Is this an Emergency? | Yes |
| Is there a tree down? | Yes |
| Where is the tree down? | Road |
| Cityworks SR Number | 1108828 |

### History

| Created Date | Type of Data | Item | User Name | Type |
|---|---|---|---|---|
| Aug 2, 2013 8:38:50 PM | Activities | DDOT Comments-Completed Date | Administrator, Super | Insert |
| Aug 2, 2013 8:38:50 PM | Activities | Details | Administrator, Super | Insert |
| Nov 20, 2012 7:44:55 PM | Service Requests | Closed-Status Code | Administrator, Super | Update |
| Nov 20, 2012 7:44:55 PM | Service Requests | Tree Inspection-Status Date | Administrator, Super | Update |
| Nov 20, 2012 7:44:41 PM | Flex Notes | Cityworks SR Number-Attribute Value | Administrator, Super | Insert |
| Oct 29, 2012 3:20:19 PM | Service Requests | Locked-Status Code | Administrator, Super | Update |
| Oct 29, 2012 3:20:19 PM | Service Requests | Tree Inspection-Status Date | Administrator, Super | Update |
| Oct 29, 2012 3:18:52 PM | Service Requests | Tree Inspection-Details | Sarwar, Spozmai | Update |
| Oct 29, 2012 3:18:32 PM | Service Requests | Phone-Method Received Code | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Service Requests | Tree Inspection-Status Date | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Service Requests | Tree Inspection-Details | Sarwar, Spozmai | Insert |

**Service Request Summary Report**
**12-00304125**
Printed Date : Sep 25, 2013 - 3:19:35 PM

**History**

| Created Date | Type of Data | Item | User Name | Type |
|---|---|---|---|---|
| Oct 29, 2012 3:18:32 PM | Service Requests | Tree Inspection-Duration Days To Complete | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | Tree Inspection-Location | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Flex Notes | Is there a tree down?-Attribute Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Flex Notes | Is this an Emergency?-Attribute Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Flex Notes | Where is the tree down?-Attribute Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | WARD-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | Police District-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | SMD-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | ANC-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | Snow Plow Route-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | Snow Zone-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Service Requests | Tree Inspection-SR Code | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Service Requests | Emergency-Priority Code | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Service Requests | Open-Status Code | Sarwar, Spozmai | Insert |

















