Page 1

```
 1            UNITED STATES DISTRICT COURT
 2                 DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - - -x
 4   MARY LOU WALEN,              :
 5          Plaintiff,             :
 6     v.                          : Case No. 15-1718 (BAH)
 7   UNITED STATES OF              :
 8   AMERICA, et al.,              :
 9          Defendants.            :
10   - - - - - - - - - - - - - -x
11
12            Deposition of DONALD KIRK
13                 Washington, D.C.
14                Tuesday, May 1, 2018
15                    11:47 a.m.
16
17
18
19
20
21
22
23
24
25   Reported By: Keith A. Wilkerson
```

Page 2

```
 1       Deposition of DONALD KIRK, held at the offices
 2   of:
 3
 4
 5           OFFICE OF THE UNITED STATES ATTORNEY
 6           501 Third Street, N.W.
 7           Washington, D.C.  20001
 8
 9
10
11
12
13       Pursuant to notice, before Keith A. Wilkerson,
14   Notary Public in and for the District of Columbia.
15
```

Page 3

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF:
 3       ADAM ROTH, ESQUIRE
 4       PRICE BENOWITZ, LLC
 5       409 Seventh Street, N.W.
 6       Washington, D.C.  20004
 7       (202) 417-6015
 8       adam@pricebenowitz.com
 9
10   ON BEHALF OF DEFENDANT UNITED STATES OF AMERICA:
11       WYNEVA JOHNSON, ESQUIRE
12       W. MARK NEBEKER, ESQUIRE
13       UNITED STATES DEPARTMENT OF JUSTICE
14       555 Fourth Street, N.W.
15       Washington, D.C.  20530
16       (202) 252-2518
17       wyneva.johnson@usdoj.gov
18       mark.nebeker@usdoj.gov
```

Page 4

```
 1     A P P E A R A N C E S    C O N T I N U E D
 2   ON BEHALF OF DEFENDANT UNITED STATES OF AMERICA:
 3       CHARLES WALLACE, ESQUIRE
 4       UNITED STATES DEPARTMENT OF THE INTERIOR
 5       OFFICE OF THE SOLICITOR
 6       340 Concord Street
 7       Charleston, South Carolina  29401
 8       (843) 740-1292
 9       charles.wallace@sol.doi.gov
10
11   ON BEHALF OF DEFENDANT DISTRICT OF COLUMBIA:
12       BENJAMIN E. BRYANT, ESQUIRE
13       ASSISTANT ATTORNEY GENERAL
14       CIVIL LITIGATION DIVISION, SECTION IV
15       441 Fourth Street, N.W., Suite 630 South
16       Washington, D.C.  20001
17       (202) 724-6652
18       benjamin.bryant@dc.gov
19
20
21   ALSO PRESENT:
22       PETER A. GENTILE
23                - - -
```



Page 13

1  Creek Park?
2     A  It could be millions.
3     Q  If a tree falls in the woods is anyone going
4  to get hurt?
5     A  It's possible.
6     Q  Are you familiar with the term "target?"
7     A  Yes.
8     Q  What does that mean in terms of looking at
9  trees?  I don't know to know about shopping.
10    A  A target is if a tree falls is it going to
11  hit anything and does it matter.  If it hits the
12  ground it probably doesn't matter a whole lot, like in
13  an open field.  People can be targets and property can
14  be targets.  When you're looking at tree care, people
15  are way more important than things, so when we're
16  doing an assessment of a tree and its health and what
17  it could do if it dies or has a defect, the target is
18  more important if it's a person than if it's a thing,
19  but there are certain values to things, too.  I don't
20  know if that was a clear answer.
21    Q  I'll drill down a little bit.  Are you given
22  instructions for valuing targets?  Is that a
23  discretionary thing where you kind of get some leeway?
24    A  There are guidebooks.  I have -- I can't
25  think of the name of it.  I have a book in my office

Page 14

1  that has tree valuations.  That's mainly dollar
2  values.  It wouldn't be something that I would use for
3  a risk assessment.
4     Q  Well, what do you use for risk assessment?
5     A  Risk assessment is looking at the health of
6  a tree, so taking the biology of what a normal or
7  average tree would look like, a certain species in a
8  certain location -- trees in a wood area are going to
9  be taller and stretching more for light, whereas ones
10  in a landscape tend to be broader -- but looking at
11  the normal characteristics of that tree, you know,
12  does it have a well balanced canopy, are there
13  branches crossing, does the root flare or is it coming
14  straight up out of the ground; so looking at different
15  things like that, but also looking for insects,
16  diseases, physical damage, is a branch broken.  Signs
17  of fruiting bodies from certain fungi at the base of a
18  tree could be a sign.
19    Q  What about shine?  Do trees have a glow
20  about them if they're healthy?
21    A  I don't know.
22    Q  Can you as an expert with obviously 30 some
23  odd years of horticultural experience, can you look at
24  a tree and see if it's alive or not?
25       MR. NEBEKER:  Objection.  Vague.

Page 15

1     A  Generally.
2        BY MR. ROTH:
3     Q  How do you do that?
4     A  There are certain ways.  Certainly, in the
5  spring, summer and fall seasons they have foliage, and
6  that's the easiest way to tell.
7     Q  So let me stop you before we talk about the
8  winter.  You said they have foliage and that's the
9  easiest way to tell.  What are the signs of a dead
10  tree or the symptoms, either one?
11    A  They generally won't have foliage on them.
12  Now, if it's an evergreen tree it won't have needles
13  or they'll be brown.  It's possible that a dead tree
14  could have dead leaves hanging on it.  For instance, a
15  lot of oak trees, if they die they'll retain their
16  foliage, especially if they die in the summertime.
17    Q  Is there anything else besides their being
18  brown and the lack of foliage?
19    A  There are certainly other things.
20    Q  What are they?
21    A  If it's in the wintertime you can scrape the
22  bark, and it's going to be green underneath or white.
23  That's usually an indication that the tree is alive.
24  If it's either hard to scrape a little bit of the bark
25  or if it's brown or like a dark yellow -- and it

Page 16

1  depends on the variety -- that would be an indication.
2  If the stems snap in your hands the stems are usually
3  dead.
4     Q  What if the limbs are hollow?
5     A  That doesn't necessarily mean the tree is
6  dead, especially on the trunk.  It's normal for the
7  inside cavity of a tree, in certain species
8  especially, to be hollowed out.
9     Q  So not the trunk but the limbs also, you
10  tend to see hollow limbs?
11    A  Not as much.  Some larger lateral branches
12  could be hollowed out.  That's normal because the
13  trees put their -- it's dead wood anyway.  That wood
14  inside is dead.
15    Q  Even if the tree's alive?
16    A  Yes.  Trees conduct water up through the
17  outer live section of the tree and on the branches,
18  too.  For the most part, the branches are going to
19  stay solid all the way out, but occasionally,
20  especially on more vertical branches, they may be
21  hollow, and that's normal.  A tree can still carry
22  water up and down.  And then the very outer cambium,
23  which is the living part, is sometimes less than a
24  quarter of an inch thick.
25    Q  So live trees have dead wood?



Page 21

 1  workload, the Park Service workload, or it will get
 2  collected.
 3       If it's a tree -- and this is going to be a
 4  judgment call -- a tree that isn't urgent, if it's
 5  going to be okay, if we've identified that it's a
 6  hazard or a risk but it's not an imminent risk like
 7  "today," those would generally go to the contractor.
 8  They come out and do a bid on it, and the lowest bid
 9  wins in this case because they've already been vetted.
10      Q   You said depending on the risk of the tree.
11  Are there gradations of risk?  How many grades of risk
12  are there?
13      A   It's more of a constant and not a numbered
14  grade.  It would be a matter of -- there are a lot of
15  variables.  One is the type of tree.  If it's a red
16  oak tree and it's dead as a doornail most arborists
17  will know that oak trees tend to not fall apart, that
18  they have a lot of integrity, so a dead oak tree can
19  wait a while for the most part.  If it's a root
20  problem it could be something different.  That part is
21  a judgment call.
22       If the target is an area where people don't
23  gather, they may go there occasionally but they don't
24  gather there, we don't have benches or trails or
25  picnic tables there, then it's a lower risk.

Page 22

 1       I'll give you an example.  We have a picnic
 2  grove on one side of Beach Drive, picnic tables, fire
 3  pits, all that, and on the other side of Beach Drive
 4  there's a grassy area.  If there's a dead tree there
 5  that tree could probably wait a while, whereas if
 6  there's something in the picnic grove we would want to
 7  act on that immediately.
 8      Q   You said a root problem.  What are the signs
 9  and symptoms of a root problem?  You said unless
10  there's a root problem, that that could be something
11  different.  Tell me what a root problem is and how you
12  would ID it.
13      A   A root problem is a little harder to detect.
14  A lot of times there's something going on in the
15  canopy of a tree that might give a clue, if the tree's
16  thin, if some of the branches are wilted.  If there's
17  something that isn't right about the way the tree
18  looks, that might be at least a sign that there's a
19  root or vascular problem.
20       A tree that's a potentially hazardous tree,
21  if something looks odd -- I don't know how to describe
22  it.  There are different ways that we inspect trees.
23  One is visual, and that's the most common.
24      Q   Those are the drive-bys?
25      A   It could be a drive-by or a walk-by, but

Page 23

 1  you're not really stopping to look.  You're just
 2  looking for things that catch your eye that don't look
 3  right.  We do those all the time.
 4      Q   Do you do those as chief of maintenance or
 5  do your people do those?
 6      A   The answer is yes.  I do them because I'm
 7  driving in the park and I'm trained.
 8      Q   Do you do them by yourself or with someone?
 9      A   They'll generally be by myself because I'm
10  going to or from somewhere.
11      Q   And do you document the visual drive-bys?
12      A   Very rarely.  Only if I see something that
13  sends up a red flag.
14      Q   Do you have a convertible?  I'm not trying
15  to get too personal, but --
16      A   The speed limit in most places in Rock Creek
17  Park is 25 miles an hour except when people are
18  hitting potholes.
19      Q   Well, it's getting better with the repaving
20  process that's going on.  So you're driving by without
21  a convertible.
22      A   Yes, but you can see a lot.  Plus, I spend a
23  lot of time in the park on my own personal time.
24  These are things that aren't really documented.  But
25  as soon as I see something that looks out of kilter it

Page 24

 1  gets noted, and we will occasionally close a road if
 2  necessary is something is really outstanding.  I don't
 3  know if I answered your original question.
 4      Q   That's okay.  We were talking about root
 5  problems and how to identify them.
 6      A   So I mentioned level one.  Level two is a
 7  closer look, where you actually walk under the tree
 8  and look up and look down.  You usually won't do
 9  anything more than take a really close look at the
10  tree.  And a level three inspection is when you would
11  do more diagnostic things.
12       At a level two you might see mushrooms
13  coming out of the base of the tree or sap flowing down
14  the side of a tree.  Depending on the type of tree,
15  those would be indications that something's going on
16  that could be wrong.  Certain diseases are very
17  indicative.  You know, Armillaria rot of an oak tree
18  has a certain kind of fruiting body, and if you see it
19  you know you've got it and you know that you might
20  have a root problem.  If the tree has a very high
21  target, like if you have a picnic area and you have a
22  tree with this disease, you probably should either
23  watch the tree very closely and do more of a diagnosis
24  to see what's really going on with the root system.
25      Q   When you say further diagnostics, that's a

