COPY

# In the Matter Of:

## MARY LOU WALEN vs UNITED STATES

15-1718 (BAH)

## ERTEM MUNEVVER

*May 29, 2018*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - - - -x
 4   MARY LOU WALEN,                :
 5           Plaintiff,             :
 6     v.                           :  Case No. 15-1718 (BAH)
 7   UNITED STATES OF               :
 8   AMERICA, et al.,               :
 9           Defendants.            :
10   - - - - - - - - - - - - - - -x
11
12            Deposition of ERTEM MUNEVVER
13                   Washington, D.C.
14                Wednesday, May 29, 2018
15                      11:05 a.m.
16
17
18
19
20
21
22
23
24
25   By: Keith A. Wilkerson
```



1   A   Klingle Valley.
2   Q   Is that part of Rock Creek Park?
3   A   It's a big park, and I'm not sure if they
4   consider that part of Rock Creek Park or not.
5   Q   Is Klingle Valley Park Service land?
6   A   Klingle Valley is Park Service land, yes,
7   but the road -- it's a trail right now -- is a DDOT
8   road.
9   Q   When did the trail get installed?
10  A   It was a road before, but there were some
11  erosion issues.  It was closed for maybe 10 or 20
12  years, and it was just recently opened as a trail last
13  year.
14  Q   How does it work with regards to the
15  maintenance of trees in the Klingle Valley?  Is that
16  the Park Service's responsibility, D.C.'s
17  responsibility or something else?
18  A   Every road in the District has measurements,
19  and the measurements are for the roadways, sidewalks
20  and also the park boundaries.  There is D.C. owned
21  land and a D.C. right of way.  For Klingle Road the
22  total right of way is 50 feet, and if a tree -- we're
23  talking about the old roads and maybe erosion -- if a
24  tree grows in that 50 feet total roadway it is DDOT's
25  responsibility.



```
 1       Q    And what if it doesn't grow in that 50 feet?
 2       A    Then it's Park Service.
 3       Q    Does that mean if any part of the tree grows
 4   on the roadway?  For instance, if a tree is set back
 5   off the roadway but a branch overhangs the road, would
 6   that be DDOT's responsibility?
 7       A    No.  It is National Park Service's
 8   responsibility.
 9       Q    So only if the tree is actually growing in
10   the roadway would it be DDOT's responsibility?
11       A    Yes.
12       Q    What about overhanging trees?
13       A    It's not our responsibility, but we have the
14   right to -- it's called self-help.  If it's going to
15   interfere with the traffic or pedestrians we have the
16   right to trim it and prune it by our property line.
17       Q    For instance, the bridge that runs over the
18   Klingle Valley on Connecticut Avenue, are you familiar
19   with that?
20       A    Yes.
21       Q    So if a tree that is growing in Klingle
22   Valley overhangs that bridge, would DDOT have a right
23   to self-help on that tree?
24       A    Yes, we do.
25       Q    And could you prune it without getting
```

