```
                                                                    1
 1              UNITED STATES DISTRICT COURT
 2                    CIVIL DIVISION
 3             CIVIL CASE NO. 1:15-CV-01718
 4
 5   MARY LOU WALEN,
 6                              Plaintiff,
 7    vs.
 8
 9   THE UNITED STATES OF AMERICA, et al.,
10
11                              Defendants.
12   ---------------------------------------/
13   March 26, 2018
14   11:20 a.m. - 1:49 p.m.
15   One Judiciary Square
16   441 4th Street, NORTHWEST
17   Suite 630 South
18   Washington, D.C.  20007
19
20           DEPOSITION OF MARY LOU WALEN
21       Taken before NaCorey Nichols,
22   Professional Reporter and Notary Public in and for
23   the District of Columbia, pursuant to Notice of
24   Taking Deposition filed by the Plaintiff in the
25   above cause.
```

Mary Lou Walen
Walen v. The United States of America, et al                3/26/2018

```
                                                          15
 1       A.  It was not a tree that fell on me.
 2       Q.  Okay.
 3       A.  Branches.
 4       Q.  Branches of a tree.  Are you aware of
 5   anyone who saw the branches of the tree fall on
 6   you on October 29th, 2012?
 7       A.  No, I'm not.
 8       Q.  Are you aware of any videos that depict
 9   the branches falling on you?
10       A.  No, sir.
11       Q.  Are you aware of any photographs of the
12   branches falling on you?
13           MR. ROTH:  You're asking about actually
14      in mid-air, falling, not after the fall?
15           MR. BRYANT:  Correct.
16           MR. ROTH:  Okay.  Go ahead.
17           THE WITNESS:  No, sir.
18   BY MR. BRYANT:
19       Q.  How about after the fall?  You, on the
20   ground, on the Klingle Valley Bridge.  Are you
21   aware of any photos that depict that scene?
22       A.  Yes, sir.
23       Q.  Do you know who took those photos?
24       A.  I do not.
25       Q.  I want to go back to your initial
```

1   Q.   The Cleveland Park neighborhood?
2   A.   Yes.
3   Q.   Okay.  Specifically, where in the
4   Cleveland Park neighborhood were you going to get
5   prescriptions?
6   A.   I believe it was the Walgreens Pharmacy.
7   Q.   After getting off your laptop, using your
8   laptop I should say, before your injury, what is
9   the thing that you remember next?
10  A.   That is my clearest memory.  I do believe
11  that I have one other, and I'm -- and that is
12  walking down the street, but that's about it.  I
13  mean, I'm sorry, it's just -- there's nothing
14  clear about that.
15  Q.   When you say street, is this opposed to
16  bridge?
17  A.   Yes, sir.  And may I make a
18  clarification?
19  Q.   Certainly.
20  A.   You said cross the bridge.  I have no
21  memory of crossing the bridge.
22  Q.   Okay.  Do you have any memory of being on
23  the bridge at all on October 29th, 2012?
24  A.   No, sir.
25  Q.   You have a memory of walking down a

Mary Lou Walen
Walen v. The United States of America, et al                              3/26/2018

34

```
 1    street before your injury.  What specifically do
 2    you remember, if anything?
 3         A.   Nothing.  It's not clear.
 4         Q.   Do you remember if you were walking alone
 5    that day before your injury?
 6         A.   I do not.
 7         Q.   Has anyone come forward and told you that
 8    you were with them on the day of your injury on
 9    the Klingle Valley Bridge?
10         A.   No, sir.
11         Q.   After your vague memory of walking down a
12    street, what is the next thing you remember after
13    that?
14         A.   The EMTs patting my cheek, wanting phone
15    numbers so they could treat me.
16         Q.   Do you know where you were when this
17    happened?
18         A.   No, sir.
19         Q.   Were you lying on the ground at this
20    time?  Were you on a stretcher, if you recall?
21         A.   I do not remember.
22         Q.   What is your next memory after that?
23         A.   They were quite agitated that I could not
24    give them a correct phone number.  It took me
25    quite a few tries.
```

Mary Lou Walen
Walen v. The United States of America, et al                              3/26/2018

```
                                                               67
 1    surgery for the screw was, the outpatient surgery.
 2         Q.   Today, post-accident now that you live in
 3    Washington State, are there other things that you
 4    cannot do that you could do before your injury?
 5         A.   Nothing comes to my mind right now.
 6         Q.   Do you recall at the time of your injury,
 7    the day of your injury, October 29th, 2012, that
 8    there was a storm that was coming through the
 9    region?
10         A.   Yes, sir.
11              MR. ROTH:   Just objection to the form.
12         Go ahead.
13    BY MR. BRYANT:
14         Q.   Were you aware of that at the time?
15              MR. ROTH:   Same objection.   Over
16         objection.   Go ahead.
17    BY MR. BRYANT:
18         Q.   Did you learn about the storm after you
19    were hospitalized, after you were injured?  Or did
20    you know about it before you were injured?
21              MR. ROTH:   Same objection.   Go ahead.
22              THE WITNESS:   I knew that there was a
23         hurricane coming.
24    BY MR. BRYANT:
25         Q.   You testified earlier, and I don't want
```