UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY LOU WALEN,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | Civil Action No. 15-1718 (BAH) |

## **ORDER**

Upon consideration of the Defendant United States of America's Motion for Summary Judgment, any Opposition thereto, and based on the entire record herein, it is this \_\_\_\_\_ day of _____, 2018,

ORDERED that Defendant United States of America's Motion for Motion for Summary Judgment is hereby GRANTED, and it is further ordered that this matter be dismissed.

Date: _____

_____
The Honorable BERYL A. HOWELL
United States District Judge