UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARY LOU WALEN** | : |
| **Plaintiff,** | : |
| vs. | : Case No.: 1:15-CV-01718-BAH |
| **THE UNITED STATES OF AMERICA,** *et, al.* | : |
| **Defendants.** | : |

### PLAINTIFF'S MEMORANDUM OPPOSING DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiff Mary Lou Walen, by and through undersigned counsel, John J. Yannone, Esq. and Price Benowitz LLP, and hereby respectfully moves this Honorable Court to deny Defendant District of Columbia's Motion for Summary Judgment, and for reasons states as follows:

Plaintiff incorporates her Memorandum Opposing Summary Judgement as if fully restated herein and asserts that genuine disputes of material fact exist concerning the actual inspection and maintenance of the tree in question, issues relating to the concurrent jurisdiction of the tree by the Defendants, and questions of differing expert opinions. Defendant is liable to Plaintiff for the injuries she suffered as a result of the falling tree limb. For these reasons, summary judgment is inappropriate at this time and Defendant's Motion must be denied.

1

                                                 Respectfully Submitted,

                                                 **PRICE BENOWITZ, LLP**
                                                 By:     */s/ John J. Yannone*
                                                 John J. Yannone, Esq. (#04396)
                                                 John@PriceBenowitzlaw.com
                                                 Price Benowitz, LLP
                                                 409 7th Street, NW, Suite #200
                                                 Washington, D.C. 20004
                                                 Phone:  (202) 417-6015
                                                 Fax:  (301) 244-6659
                                                 *Attorneys for Plaintiff*

## **REQUEST FOR HEARING**

Plaintiff hereby requests a hearing on the Motion

                                                 */s/ John J. Yannone*
                                                 John J. Yannone, Esq.

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 21st  day of December, 2018, a copy of the foregoing Plaintiff's Motion Opposing Defendant District of Columbia's Motion for Summary Judgment was served by electronic mail and/or U.S. mail on all counsel of record.

                                                 */s/ John J. Yannone*
                                                 John J. Yannone, Esq.