UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY LOU WALEN** | : |
| **Plaintiff,** | : |
| vs. | : Case No.: 1:15-CV-01718-BAH |
| **THE UNITED STATES OF AMERICA,** *et, al.* | : |
| **Defendants.** | : |

## ORDER

**UPON CONSIDERATION** of Plaintiff Mary Lou Walen's Opposition to Defendant District of Columbia's Motion for Summary Judgment, it is, this \_\_\_\_ day of _____, 2018, hereby,

**ORDERED**, that Defendant's Motion is **DENIED**.

_____
Beryl A. Howell,
Chief Judge