COPY

## In the Matter Of:

## MARY LOU WALEN vs UNITED STATES

15-1718 (BAH)

## ERTEM MUNEVVER

*May 29, 2018*



EXHIBIT

A
_____



800.211.DEPO (3376)
EsquireSolutions.com

1        A    Klingle Valley.

2        Q    Is that part of Rock Creek Park?

3        A    It's a big park, and I'm not sure if they

4    consider that part of Rock Creek Park or not.

5        Q    Is Klingle Valley Park Service land?

6        A    Klingle Valley is Park Service land, yes,

7    but the road -- it's a trail right now -- is a DDOT

8    road.

9        Q    When did the trail get installed?

10       A    It was a road before, but there were some

11   erosion issues.  It was closed for maybe 10 or 20

12   years, and it was just recently opened as a trail last

13   year.

14       Q    How does it work with regards to the

15   maintenance of trees in the Klingle Valley?  Is that

16   the Park Service's responsibility, D.C.'s

17   responsibility or something else?

18       A    Every road in the District has measurements,

19   and the measurements are for the roadways, sidewalks

20   and also the park boundaries.  There is D.C. owned

21   land and a D.C. right of way.  For Klingle Road the

22   total right of way is 50 feet, and if a tree -- we're

23   talking about the old roads and maybe erosion -- if a

24   tree grows in that 50 feet total roadway it is DDOT's

25   responsibility.





**Lew Bloch**
*Bloch Consulting Group*

# TREE REPORT

## PREPARED FOR
## PRICE BENOWITZ, LLP

## IN THE MATTER OF
## WALEN V. U.S.

## PREPARED BY
## LEW BLOCH

## AUGUST 7, 2017



EXHIBIT

B

**Conclusion:** It is my professional opinion that the tree limb that fell on October 29, 2012 at the 3200 block of Connecticut Ave. NW, Washington, D.C. and caused personal injury to Ms. Mary Lou Walen was a dead, brittle limb. This limb had been dead or dying and decaying for several years prior to the incident, and was large enough that it should have been evident and discovered during tree risk assessment assignments.

**Background:** It is my understanding that a large rotting tree limb fell upon Ms. Walen while she was walking along the 3200 block of Connecticut Ave, NW on October 29, 2012 causing personal injury to her.

In June 2015 I was retained to inspect some documents and 14 color photographs in order to offer my preliminary opinions about the condition of the tree limb that caused this accident. The documents were incident reports and service request reports.

In September of 2015 I was supplied with The National Park Service (NPS) documents relating to tree management and work reports, and a letter from Tara Morrison to Richard Steacy regarding the incident.

In July 2017 I was retained to prepare a report about my opinions in this matter.

**Discussion:** Some of the photos that were provided to me disclosed numerous very brittle broken limbs on the sidewalk. It is my understanding that these were from the limb that caused the injuries. These pieces were so brittle and decayed that they shattered when they landed. If this had been a live limb that fell, it would not have broken up in such small pieces. Based upon the photos, this branch had been dead or dying for several years; likely at least three to six years. This scenario is depicted in the photos on pages 4 and 5 of this report.

The two photos on page 6 are of a dead/dying tree adjacent to the Connecticut Avenue Bridge that has been identified as the tree that had the limb failure that caused this incident.

As stated, and as mentioned in the documents that I reviewed, regular inspections are required by the NPS in order to protect the public "from the risks resulting from hazardous trees and/or tree parts." Their A-123 Internal Control Assessment Program and Tree Management Action Plan for the Rock Creek Park area go into detail about maintaining safety of the public from hazardous trees. They require monthly drive-by inspections for primary roads, bi-annual walk through inspections for all other areas by trained tree care professionals. Furthermore, all inspections need to be documented. I have not yet received any copies of these inspection reports.

In the November 2, 2012 letter from Tara Morrison (Superintendent of Rock Creek Park) to Richard Steacy (of the ANC) it was stated that "the tree appears to have failed due to rain and heavy winds." It also stated that they perform regular tree inspections throughout all of Rock Creek Park. It is obvious that this hazardous limb was over-looked in several tree inspections.

Also, it is likely that this limb would not have failed from the weather events if it had been a live, healthy limb.

**Summary:** The tree limb that failed and caused the injuries in this matter had been dead, dying, and decaying for several years prior to the incident and should have been discovered and the problem abated if the regular, required tree inspections had been performed properly. Furthermore. In spite of the wind and rain event, this limb would not likely have failed if it had been a healthy, viable limb.

**Certification:** I certify that the statements made in this report to be true and correct to the best of my knowledge. The opinions expressed are my personal, unbiased professional opinions and conclusions, and I have no present or prospective interest in the vegetation that is the subject of this report. I have no personal interest or biases with respect to the parties involved, and have based my report on the situation as I have seen it.

My compensation is not contingent on the reporting, the attainment of a stipulated result, or the occurrence of a subsequent event.

My opinions and conclusions were developed, and this report prepared in conformity with standard arboricultural practices, and my expertise and experience as a consulting arborist. If further documentation or data is reviewed, my opinions could be changed, altered or maybe strengthened.



Lew Bloch, ASCA Registered Consulting Arborist



4

Case 1:15-cv-01718-BAH   Document 47-7   Filed 11/20/18   Page 5 of 26



 

Metropolitan Police
Department Washington,
D.C.

**Incident – Based Event Report**

Public MPD Document

REPORT NUMBER: 12152902

## PART I - CLASSIFICATION OF EVENT

| TYPE OF REPORT | EVENT START DATE / TIME | EVENT END DATE / TIME | DATE OF REPORT | TIME OF REPORT |
|---|---|---|---|---|
| Incident | 10/29/2012 / 1517 | 10/29/2012 / 1517 | 10/29/2012 | 1517 |

| DISTRICT | SECTOR | PSA | | COMPLAINT NUMBER |
|---|---|---|---|---|
| 2D | | 204 | | 12152902 |

| EVENT LOCATION ADDRESS | POSITION | REPORT RECEIVED BY | RADIO RUN LOCATION IF DIFFERENT FROM EVENT LOCATION | PROPERTY TYPE |
|---|---|---|---|---|
| 3200 CONNECTICUT AVE NW | | | CONNECTICUT AVE NW / DEVONSHIRE PL NW | PUBLIC |

| EVENT NO. 1 | INJURED PERSON TO HOSPITAL |
|---|---|

| FORCED ENTRY | POINT OF ENTRY | Method Used | WEATHER CONDITIONS |
|---|---|---|---|
| NO | | | RAINING |

| SUSPECTED HATE CRIME? | SECURITY SYSTEM | LOCATION TYPE | DESIGNATED AREAS |
|---|---|---|---|
| | | SIDEWALK | |

## PART II - VICTIM INFORMATION

| | TYPE | NAME OF COMPLAINANT/VICTIM | | RELATED TO EVENT NO(S). | VICTIM TYPE |
|---|---|---|---|---|---|
| 1 | COMPLAINANT | WALEN, MARY LOU | | 1 | INDIVIDUAL |
| | DATE OF BIRTH 04/03/1941 | AGE RANGE 72 | SEX FEMALE | HOME PHONE (202) 506-1719 | BUSINESS PHONE |
| | RACE / ETHNICITY WHITE | | HOME ADDRESS 2831 28TH ST NW, #30, WASHINGTON, DC 20008 | | |
| | BUSINESS ADDRESS/SCHOOL | OCCUPATION | | IS EVENT RELATED TO OCCUPATION? | |
| | ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM | | | | |

**INJURIES Use the following codes to describe injuries.**

| N = None Visible | O=Other Major Injury | M = Apparent Minor Injury | | I = Possible Internal Injury | T = Loss of Teeth |
|---|---|---|---|---|---|
| T = Loss of Teeth | B = Apparent Broken Bones | | G = Gunshot | U = Unconscious | |

| | INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB# |
|---|---|---|---|---|---|---|---|---|
| 1 | COMPLAINANT | 1 | LBIM | SEVERE LACERATION, APPARENT BROKEN BONES, POSSIBLE INTERNAL INJURY, APPARENT MINOR INJURY | | | | |

**NARRATIVE Describe event and action taken.**

ON MONDAY, 10/29/12, AT APPROXIMATELY 1517 HOURS, C-1 WAS ON THE PUBLIC SIDEWALK ON THE WEST SIDE OF THE 3200 BLOCK OF CONNECTICUT AVE NW WHEN SHE WAS STRUCK BY FALLING TREE LIMB.  WHEN THE R/O ARRIVED ON THE SCENE, HE OBSERVED C-1 BEING ATTENDED BY DCFD E-21 PERSONNEL. C-1 WAS CONSCIOUS AND EXPRESSING (SCREAMING) HER PHYSICAL PAIN.  THE REPORTING OFFICER OBSERVED FALLEN TREE LIMB DEBRIS ON AND AROUND C-1. DCFD MEDIC 31 TRANSPORTED C-1 TO GEORGE WASHINGTON UNIVERSITY HOSPITAL IN CRITICAL CONDITION.

THE R/O RESPONDED TO GWU HOSPITAL WHERE C-1 WAS IDENTIFIED BY A BANK OF AMERICA BANCARD AND A DC GOVERNMENT CHECK IN HER POSSESSION.  DR. BARAK SARANI INFORMED THE R/O THAT C-1 SUSTAINED A LACERATION TO HER HEAD, BI-LATERAL ARM FRACTURES, A FEMORAL FRACTURE TO HER RIGHT LEG AND AN ABRASION TO HER LEFT LEG.  DR. SARANI ALSO INFORMED THE R/O THAT C-1 IS IN CRITICAL CONDITION.

VIOLENT CRIMES INVESTIGATOR C. MACWILLIAMS, D2 1605 AND AFTER PROCESSING THE SCENE, CSES OFC. BRAKE RESPONDED TO GWU HOSPTAL.  OFFICERS WERE NOT ABLE TO INTERVIEW C-1.

THE R/O RESPONDED TO C-1'S LISTED ADDRESS IN AN ATTEMPT TO VERIFY HER IDENTITY; NO SUCCESS.

CIC NOTIFIED; OFC. L. WHITTINGTON.

TELETYPE NOTIFIED; STAGG #408.

GWU HOSPITAL E/R CHARGE NURSE "BRIDGETTE" INFORMED THE R/O THAT WALEN WAS UNDERGOING EMERGENCY SURGERY.

| EVIDENCE TECHNICIAN/CSES # | NAME OF INVESTIGATOR NOTIFIED | TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | | |
|---|---|---|---|---|---|
| TELETYPE # | REPORTING OFFICER'S SIGNATURE<br><br>FENNELL JR, ROBERT | REPORTING OFFICER'S EMAIL | | BADGE NUMBER<br><br>4475 | ELEMENT<br><br>2D |
| OTHER POLICE AGENCY | SECOND OFFICER'S NAME | SECOND OFFICER'S EMAIL | | BADGE NUMBER | ELEMENT |
| SIGNATURE OF SUPERVISOR<br><br>PHILLIPS, DONALD M | SUPERVISOR'S EMAIL<br><br>donald.phillips@dc.gov | BADGE NUMBER<br><br>S0871 | ELEMENT<br><br>2D | REVIEWER | STATUS<br><br>OPEN |

METROPOLITAN POLICE DEPARTMENT
## CRIME SCENE EXAMINATION SECTION
## EVIDENCE REPORT

PD 668   05/97

| CSES NUMBER 12-16797 | COMPLAINT NUMBER 152-902 | TECHNICIAN BRAKE, DAREN | | UNIT CSID | DATE 10/29/12 |
|---|---|---|---|---|---|
| COMPLAINANT OR DECEDENT Walan, Mary | | OFFENSE Injured Person to Hospital | | | DISPATCH TIME 1610 |
| LOCATION OF OFFENSE: 3200 blk. Connecticut Ave., NW   PSA 203 | | | | | |
| TO: Commander O.S.D. | | FROM: Commander, CSID | | | |
| ATTENTION: SECOND DISTRICT DETECTIVES | | SECTION: | | | |
| THRU: Investigative Services Bureau | | UNIT/DIVISION Crime Scene Investigation Division | | | |

12-16797

On Monday, October 29, 2012, the undersigned technician received a radio assignment to respond to 3200 blk. Connecticut Ave., NW in reference to an injured person to the hospital. On scene, I was briefed by Ofc. Fennell, badge no. 4475. The following services were rendered.

**WEATHER:**  Heavy rain and wind, high of mid 50s.

**PHOTOGRAPHS:**  Photographs were taken of the scene.

**ITEMS OF EVIDENCE RECOVERED:**

None.

**TECHNICIAN NOTES:**

Crime scene arrived on scene at 1635 hours. The scene was a the 3200 block of Connecticut St., NW, the overpass to Rock Creek Park. A large tree limb broke from a tree during a storm and struck C-1 while she was walking in the listed block. Crime Scene responded to George Washington Hospital to photograph C-1. No photographs were possible due to her medical treatment.

| NAME OF MEMBER PREPARING REPORT BRAKE, DAREN R. | BADGE NO. 2088 | REVIEWING OFFICIAL | UNIT CSID |
|---|---|---|---|

FOR ID USE ONLY

| Latents are of no value | Following Latent Prints are of Value: __ FINGERS __PALMS __ TIPS | Forwarded_____ By_____ |
|---|---|---|
| Per_____ | Per_____ | Entered_____ By_____ |
| Date_____ | Date_____ | RECEIVED NOV 1 3 2012 |

**Your Access to 1000's of Services**
2000 14th Street NW
Washington, DC 20009-4473
(202)727-1000 Fax (202)671-0621

Report Date: 9/25/13 3:19 PM

| | |
|---|---|
| Service #: | 1108828 |
| Problem: | TREE INSPECTION      Tree Inspection |
| Location: | 3133 - 3223 BLOCK OF CONNECTICUT AVENUE NW |
| | WASHINGTON, |

| | | | | | |
|---|---|---|---|---|---|
| Call Date: | 10/29/2012 3:20:24 PM | Priority: | 3 | | |
| Taken By: | CSR | Responsibility: | | # of Calls: 1 | |
| Source: | | Project: | | | |
| ☐ Customer Contact Requested | | Budget #: | | | |

**Service Request Progress**

Status: CLOSED
Projected Completion Date: 10/29/2012 3:20:00 PM
Resolve: 10/29/2012 5:19:34 PM                    Inspection Complete: 10/29/2012 5:19:31 PM

| | | |
|---|---|---|
| Location: | 3133 - 3223 BLOCK OF CONNECTICUT AVENUE NW | Ward:  3 |
| | WASHINGTON, | |

**Caller Information**

| Customer Call # | First Name | Last Name | Address |
|---|---|---|---|
| 934431 | UNKNOWN | UNKNOWN | |

| Zip | Home Phone | Work Phone | Other Phone | Customer Call Date | Customer Email |
|---|---|---|---|---|---|
| | | | | 10/29/2012 3:20:24 PM | |

Comments:      12-00304125-tree branches blocking the road
By EUTSLER, EARL: 10/29/2012 5:19:42 PM
roadway is free and clear at time of inspection

| Inspected By | Date | Time | Resolution Code | Date | Time |
|---|---|---|---|---|---|
| | | | | | |

**Question And Answer Table Setup**

| Question | Answer |
|---|---|
| Is this an Emergency? | Yes |
| Is there a tree down? | Yes |

### Service Request Summary Report
### 12-00304125
Printed Date : Sep 25, 2013 - 3:19:35 PM

| | | | |
|---|---|---|---|
| **Type:** | Tree Inspection | **SR #:** | 12-00304125 |
| **Area:** | - | **Priority:** | Emergency |
| **Group:** | Urban Forrestry | **Status:** | Closed |
| **Jurisdiction:** | Dist of Columbia | **Status Date:** | Nov 20, 2012 7:45:27 PM |
| **Input By:** | Sarwar, Spozmal | **Created Date:** | Oct 29, 2012 3:18:32 PM |
| **Method Received:** | Phone | **Overdue on:** | Nov 5, 2012 3:18:32 PM |
| **Location:** | 3133 - 3223 BLOCK OF CONNECTICUT AVENUE NW, WASHINGTON, DC | | |
| **Location Details:** | | | |
| **SR Comments:** | tree branches blocking the road | | |

| Flex Notes | |
|---|---|
| **Flex Note Question** | **Flex Note Answer** |
| Is this an Emergency? | Yes |
| Is there a tree down? | Yes |
| Where is the tree down? | Road |
| Cityworks SR Number | 1108828 |

| History | | | | |
|---|---|---|---|---|
| **Created Date** | **Type of Data** | **Item** | **User Name** | **Type** |
| Aug 2, 2013 8:38:50 PM | Activities | DDOT Comments-Completed Date | Administrator, Super | Insert |
| Aug 2, 2013 8:38:50 PM | Activities | Details | Administrator, Super | Insert |
| Nov 20, 2012 7:44:55 PM | Service Requests | Closed-Status Code | Administrator, Super | Update |
| Nov 20, 2012 7:44:55 PM | Service Requests | Tree Inspection-Status Date | Administrator, Super | Update |
| Nov 20, 2012 7:44:41 PM | Flex Notes | Cityworks SR Number-Attribute Value | Administrator, Super | Insert |
| Oct 29, 2012 3:20:19 PM | Service Requests | Locked-Status Code | Administrator, Super | Update |
| Oct 29, 2012 3:20:19 PM | Service Requests | Tree Inspection-Status Date | Administrator, Super | Update |
| Oct 29, 2012 3:18:52 PM | Service Requests | Tree Inspection-Details | Sarwar, Spozmal | Update |
| Oct 29, 2012 3:18:32 PM | Service Requests | Phone-Method Received Code | Sarwar, Spozmal | Insert |
| Oct 29, 2012 3:18:32 PM | Service Requests | Tree Inspection-Status Date | Sarwar, Spozmal | Insert |
| Oct 29, 2012 3:18:32 PM | Service Requests | Tree Inspection-Details | Sarwar, Spozmal | Insert |

### Service Request Summary Report
**12-00304125**
Printed Date : Sep 25, 2013 - 3:19:35 PM

**History**

| Created Date | Type of Data | Item | User Name | Type |
|---|---|---|---|---|
| | Requests | | | |
| Oct 29, 2012 3:18:32 PM | Service Requests | Tree Inspection-Duration Days To Complete | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | Tree Inspection-Location | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Flex Notes | Is there a tree down?-Attribute Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Flex Notes | Is this an Emergency?-Attribute Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Flex Notes | Where is the tree down?-Attribute Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | WARD-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | Police District-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | SMD-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | ANC-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | Snow Plow Route-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Locations | Snow Zone-Config Location Value | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Service Requests | Tree Inspection-SR Code | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Service Requests | Emergency-Priority Code | Sarwar, Spozmai | Insert |
| Oct 29, 2012 3:18:32 PM | Service Requests | Open-Status Code | Sarwar, Spozmai | Insert |











Home    Mobile Site    Text Version    RSS        Local Forecast   Enter City,St or ZIP code   Go

# NATIONAL HURRICANE CENTER
### NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

ANALYSES & FORECASTS ▾    DATA & TOOLS ▾    EDUCATIONAL RESOURCES ▾    ARCHIVES ▾    ABOUT NHC ▾    SEARCH ▾

## SANDY Graphics Archive



**Select Graphic**
- 3-day Cone/Warnings
- 3-day No Track Line
- 5-day Cone/Warnings
- 5-day No Track Line
- Surface Wind Field
- Wind History
- Wind Speed Table
- Wind Probs - 39 mph
- Wind Probs - 58 mph
- Wind Probs - 74 mph

**Loop Images**
`<<`   Stop   `>>`

**Single Image**
`|<`   `<`   `>`   `>|`

**Adjust Speed**
-   +

**Image Size**
Small   Large

Frame No: 58

HINT
Click Image Size buttons to change graphic size

**SANDY Archive**
See products

**NHC Graphics Help**
Go

Note: The cone contains the probable path of the storm center but does not show the size of the storm. Hazardous conditions can occur outside of the cone.

**Hurricane Sandy**
*Monday October 29, 2012*
*2 PM EDT Intermediate Advisory 29A*
NWS National Hurricane Center

**Current Information:**
Center Location 38.3 N 73.1 W
Max Sustained Wind 90 mph
Movement NW at 28 mph

**Forecast Positions:**
● Tropical Cyclone ○ Post-Tropical
Sustained Winds: D < 39 mph
S 39-73 mph H 74-110 mph M >110

**Potential Track Area:**
◁ Day 1-3   ◁ Day 4-5

**Watches:**
Hurricane   Trop.Storm

**Warnings:**
Hurricane   Trop.Storm

---

## Quick Links and Additional Resources

**TROPICAL CYCLONE FORECASTS**
Tropical Cyclone Advisories
Tropical Weather Outlook
Audio/Podcasts
About Advisories

**MARINE FORECASTS**
Offshore Waters Forecasts
Gridded Forecasts
Graphicast
About Marine

**SOCIAL MEDIA**
Facebook
Twitter
YouTube
NHC Blog: "Inside the Eye"

**HURRICANE PREPAREDNESS**
Preparedness Guide
Hurricane Hazards
Watches and Warnings
Marine Safety
Ready.gov Hurricanes
Weather-Ready Nation
Emergency Management Offices

**RESEARCH AND DEVELOPMENT**
NOAA Hurricane Research Division
Joint Hurricane Testbed
Hurricane Forecast Improvement Program

**OTHER RESOURCES**
Q & A with NHC
NHC/AOML Library Branch
NOAA Hurricane FAQs
National Hurricane Operations Plan
WX4NHC Amateur Radio

**NWS FORECAST OFFICES**
Weather Prediction Center
Storm Prediction Center
Ocean Prediction Center
Local Forecast Offices
Central Pacific Hurricane Center

**WORLDWIDE TROPICAL CYCLONE CENTERS**
Canadian Hurricane Centre
Joint Typhoon Warning Center
Other Tropical Cyclone Centers
WMO Severe Weather Info Centre

---



US Dept of Commerce
National Oceanic and Atmospheric Administration
National Hurricane Center
11691 SW 17th Street
Miami, FL, 33165
nhcwebmaster@noaa.gov

Disclaimer
Information Quality
Help
Glossary



EXHIBIT

C

Home　　Mobile Site　　Text Version　　RSS



Local Forecast Enter City,St or ZIP code [Go]

# NATIONAL HURRICANE CENTER
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

ANALYSES & FORECASTS ▾　DATA & TOOLS ▾　EDUCATIONAL RESOURCES ▾　ARCHIVES ▾　ABOUT NHC ▾　SEARCH ▾

## Latitude/Longitude Distance Calculator

Enter latitude and longitude of two points, select the desired units: nautical miles (nm), statute miles (sm), or kilometers (km) and click **Compute**. Latitudes and longitudes may be entered in any of three different formats, decimal degrees (DD.DD), degrees and decimal minutes (DD:MM.MM) or degrees, minutes, and decimal seconds (DD:MM:SS.SS).

**Important Note:** The distance calculator on this page is provided for informational purposes only. The calculations are approximate in nature and may differ a little from the distances as given in the official forecasts and advisories.

Click here to find your latitude/longitude

### Input Location Points

| Latitude 1 | | Longitude 1 | |
|---|---|---|---|
| 38.907 | N ▾ | 77.036 | W ▾ |

| Latitude 2 | | Longitude 2 | |
|---|---|---|---|
| 38.3 | N ▾ | 73.1 | W ▾ |

### Distance

(rounded to the nearest whole unit)

| 216 | sm ▾ |
|---|---|

[Compute]　[Reset]

adapted from the Great Circle Calculator
written by Ed Williams
(used with permission)

More information on Great Circle navigation can be found here.

---

### Quick Links and Additional Resources

**TROPICAL CYCLONE FORECASTS**
Tropical Cyclone Advisories
Tropical Weather Outlook
Audio/Podcasts
About Advisories

**MARINE FORECASTS**
Offshore Waters Forecasts
Gridded Forecasts
Graphicast
About Marine

**SOCIAL MEDIA**
Facebook
Twitter
YouTube
NHC Blog:
"Inside the Eye"

**HURRICANE PREPAREDNESS**
Preparedness Guide
Hurricane Hazards
Watches and Warnings
Marine Safety
Ready.gov Hurricanes
Weather-Ready Nation
Emergency Management Offices

**RESEARCH AND DEVELOPMENT**
NOAA Hurricane Research Division
Joint Hurricane Testbed
Hurricane Forecast Improvement Program

**OTHER RESOURCES**
Q & A with NHC
NHC/AOML Library Branch
NOAA Hurricane FAQs
National Hurricane Operations Plan
WX4NHC Amateur Radio

**NWS FORECAST OFFICES**
Weather Prediction Center
Storm Prediction Center
Ocean Prediction Center
Local Forecast Offices
Central Pacific Hurricane Center

**WORLDWIDE TROPICAL CYCLONE CENTERS**
Canadian Hurricane Centre
Joint Typhoon Warning Center
Other Tropical Cyclone Centers
WMO Severe Weather Info Centre

---



US Dept of Commerce
National Oceanic and Atmospheric Administration
National Hurricane Center
11691 SW 17th Street
Miami, FL 33165
nhcwebmaster@noaa.gov

Disclaimer
Information Quality
Help
Glossary

Privacy Policy
Freedom of Information Ac (FOIA)
About Us
Career Opportunities



EXHIBIT

D



WeatherBELL Analytics LLC
555 5th Avenue
17th Floor
New York, NY 10017
(212) 856-7259

August 15, 2018

John Yannone, Esq.
Price Benowitz
409 7th Street NW, Suite 200
Washington, DC 20004

**Re:**   **Meteorological Assessment Report**
         **Mary Lou Walen v. The United States of America et al.**

**DOI:**   **October 29, 2012**

Dear Mr. Yannone:

Please see my detailed report below in regards to the incident on the Connecticut Avenue (Klingle) Bridge in Washington, DC. In summary, I have come to the following meteorological assessments and conclusions:

To a reasonable degree of meteorological certainty, at the subject Premises and at the time of the incident, October 29, 2012 at about 3:15 p.m., skies were overcast, rain was falling with a temperature of around 52°F and the wind was out of the northwest around 28 mph with gusts up to 40 mph.

The original certified weather records, which should be included as a part of this report, have been ordered and will be forwarded directly to your office from the U.S. Department of Commerce. Also to be included is the referenced research paper that was cited in the report.

Please let me know if you have any questions.

Respectfully submitted,

Thomas E. Downs, V





WeatherBELL Analytics LLC
555 5th Avenue
17th Floor
New York, NY 10017
(212) 856-7259

# Case Background

John Yannone, Esq. of Price Benowitz formally requested I conduct a meteorological analysis and provide a report regarding Mary Lou Walen v. The United States of America and the subject incident that occurred around 3:15 p.m. on October 29, 2012 on the Connecticut Avenue (Klingle) Bridge in Washington DC.

In addition to the meteorological data listed herein, I reviewed the following case information:

1. Robson Forensic Report dated July 16, 2018
2. Various photographs of trees
3. Metropolitan Police Department Crime Scene Evidence Report
4. Metropolitan Police Department Incident-Based Event Report
5. Transcript of the Deposition of Mary Lou Walen
6. Plaintiff's Expert Designation (07/05/17)

# Available Weather Data

The National Weather Service's Automated Surface Observing System (ASOS) at Reagan National Airport is the closest official hourly weather station to and most representative of the subject Premises. In addition, the Federal Aviation Administration's Automated Weather Observing System (AWOS) station in College Park, Maryland records some atmospheric variables.

| Weather Station | Type | Variables | Distance from Connecticut Ave Bridge |
|---|---|---|---|
| Reagan National Airport | Hourly | All variables | 6 miles SSE |
| College Park, Maryland | Hourly | Temperature, Humidity, Wind, Pressure & Visibility | 8 miles ENE |

Please note that by convention, official wind observations are taken at 10 meters (33 feet) above the ground surface in an open and unobstructed field. Wind speeds closer to the ground and in residential or wooded areas are typically lower due to increased surface friction.

Also note that weather observations are recorded with respect to Local Standard Time. In this case, the weather observations are in Eastern Standard Time. On October 29, 2012, Washington DC was observing Daylight Saving Time, so the weather observations are displaced by one hour from the legal time in Washington D.C. Unless otherwise noted, time references in this report are in Eastern Daylight Time (EDT).



WeatherBELL Analytics LLC
555 5th Avenue
17th Floor
New York, NY 10017
(212) 856-7259

# Analysis of October 29, 2012

Hurricane Sandy was approaching the East Coast of the United States on October 29, 2012. The large size of the storm contributed to the widespread windy conditions from New England to the Southeast Coast. This type of weather pattern ("synoptic scale") contrasts with localized ("mesoscale") severe thunderstorms, which occur more often in the spring and summer months, when variations over short distances can occur.

The official weather observations from Reagan National Airport and College Station, Maryland indicate that at the start of the day (12 a.m. EDT) the wind was from the north between 7 and 15 mph.

Similarly, by 6 a.m. EDT, the wind at the weather stations was still generally out of the north, though a few degrees to the west of due north (350°), and blowing at 13 to 18 mph with gusts up to 26 mph. By noon EDT, the wind had shifted to the north-northwest at 14 to 22 mph with gusts up to 34 mph. Around 3 p.m. EDT, the wind was out of the northwest at 13 to 23 mph gusting to 45 mph.

At 3:18 p.m. EDT, an intra-hourly observation at Reagan National recorded a wind reading out of the northwest (300°) at 28 mph with gusts up to 40 mph. The peak wind gust between 3 p.m. and 4 p.m. EDT at Regan National Airport was 47 mph at 3:07 p.m. EDT.

For the entire storm, the weather observations at Reagan National recorded the peak wind gust to be out of the northwest (310°) at 53 kts (61 mph) at 10:09 p.m. EDT.

At College Park, Maryland, no peak wind information was recorded, but the top gust listed in the observation table was 39 mph, which occurred at 6:05 p.m. EDT, 9:15 p.m. EDT, 9:35 p.m. EDT, 10:00 p.m. EDT and 11:20 p.m. EDT.



WeatherBELL Analytics LLC
555 5th Avenue
17th Floor
New York, NY 10017
(212) 856-7259

# Note on Severe Weather Damage

I have attached to the end of this report a research paper that is used by meteorologists to assess wind speeds occurring during severe weather events. Damage to infrastructure, buildings and vegetation is used as a proxy to estimate the maximum wind speeds that were experienced during the severe weather event.

Damage Indicator #27 (Hardwood Trees – Oak, Maple, Birch and Ash) located on page A-66 contains the following reference table.

| Degree of Damage | Damage description | EXP | LB | UB |
|---|---|---|---|---|
| 1 | Small limbs broken (up to 1" diameter) | 60 | 48 | 72 |
| 2 | Large branches broken (1-3" diameter) | 74 | 61 | 88 |
| 3 | Tress uprooted | 91 | 76 | 118 |
| 4 | Trunks snapped | 110 | 93 | 134 |
| 5 | Tress debarked with only stubs of largest branches remaining. | 143 | 123 | 167 |

According to the National Weather Service's guide for severe weather damage assessments (*A Recommendation for an Enhanced Fujita Scale* – Texas Tech University June 2004), broken 1-3" branches of a structurally sound hardwood tree in full leaf would be expected at wind levels in excess of 74 mph. Note that the lower bound for larger braches to be broken is 61 mph.

To a reasonable degree of meteorological certainty, there is no evidence that any wind gusts occurred that approached levels necessary to break large branches of a healthy tree in full leaf until much later in the evening of October 29, 2012. Page 8 of the Robson Forensic Report references Photograph 4 of the report, which, ". . .depicts the trees at the time of the incident to be in leaf drop." Since the trees had already dropped their leaves, it would be expected that the threshold for tree damage would be *higher* than the expected value in the table above, assuming that the tree(s) in question was (were) healthy.



WeatherBELL Analytics LLC
555 5th Avenue
17th Floor
New York, NY 10017
(212) 856-7259

## Conclusions

To a reasonable degree of meteorological certainty, at the subject Premises and at the time of the incident, October 29, 2012 at about 3:15 p.m., skies were overcast, rain was falling with a temperature of around 52°F and the wind was out of the northwest around 28 mph with gusts up to 40 mph.

To a reasonable degree of meteorological certainty, in the Washington D.C. area, no wind gusts occurred of the magnitude expected to break off large branches from healthy hardwood trees in full leaf (please see attached graphic with wind observations and references to typical damage thresholds). Since the Robson Forensic Report noted that the trees were defoliated, higher wind speeds than typical should have been necessary to break off large branches (1-3"diameter), as wind more easily passes through trees without foliage.

Later that evening, some wind gusts of around 60 mph were recorded at 10 meters (33 feet) above the ground surface in an open and unobstructed field. Kindly note, wind speeds closer to the ground and in residential or wooded areas are typically lower due to increased surface friction.  Even still, these thresholds would be near the lower bound of when damage to healthy trees in full leaf would be expected. Wind speeds at and around the time of the subject incident and at the location of the subject incident where much lower, peaking between 40 mph and 47 mph.



Reagan National Airport Official Weather Observations - October 29, 2012



WeatherBELL Analytics LLC
555 5th Avenue
17th Floor
New York, NY 10017
(212) 856-7259
downs@weatherbell.com

# Thomas E. Downs, V
## *Curriculum Vitae*

## Educational Background and Training

- Cornell University, *Cum Laude*
- Bachelor of Science: Atmospheric Science / Meteorology
- Areas of Specialization
  - Applied Climatological Science & Synoptic Meteorology
  - Forensic Meteorology
  - Data Archiving / Historical Records
  - Meteorological Instrumentation and Observation Analysis

## Relevant Experience

- 2014 – present WeatherBELL Analytics, LLC
  - Analyzing and interpreting historical weather data records and reports for the forensics division.  Forecasting medium and long-range weather for a variety of commercial interests across a wide spectrum of industries. Handling interview requests by various media outlooks looking for an expert in meteorology and climatology.

- 2003 – 2014 Weather 2000, Inc. / Expert Weather Investigations
  - Analyzed and interpreted historical weather data records and reports and testified in court as an expert in the area of forensic meteorology.  Forecasted medium and long-range weather and climate for a variety of public and private interests, with a specialization in tropical meteorology. Was interviewed by a variety of television, radio and newspaper outlets as an expert in meteorology and climatology.

## Professional Affiliations

- Member of the American Meteorological Society
- National Weather Service Skywarn Spotter

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service
Current Location: Elev: 10 ft. Lat: 38.8472° N Lon: -77.0345° W
Station: **WASHINGTON REAGAN NATIONAL AIRPORT, VA US 13743**

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

# Local Climatological Data
## Daily Summary
### October 2012
Generated on 08/10/2018

| Date | Temperature (F) | | | | | | | Degree Days (base 65F) | | Sun (LST) | | Weather Type | Precipitation (in) | | | Pressure (inHg) | | Wind | Maximum Wind Speed = MPH / Direction = Degrees | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Max | Min | Avg | Dep | ARH | ADP | AWB | Heat | Cool | Rise | Set | | TLC | Snow Fall | Snow Depth | Avg Stn | Avg SL | Avg Speed | Peak Speed | Peak Dir | Sust Speed | Sust Dir |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 01 | 72 | 54 | 63 | -1.9 | 65 | 51 | 56 | 2 | 0 | 0605 | 1750 | RA | T | 0.0 | 0 | 29.87 | 29.95 | 3.6 | 15 | 220 | 12 | 230 |
| 02 | 72 | 65 | 68 | 3.5 | 89 | 66 | 67 | 0 | 3 | 0606 | 1748 | RA DZ FG BR | T | 0.0 | 0 | 29.85 | 29.92 | 4.9 | 24 | 070 | 12 | 220 |
| 03 | 82 | 70 | 76 | 11.9 | 79 | 68 | 70 | 0 | 11 | 0607 | 1747 | RA FG BR | 0.43 | 0.0 | 0 | 29.96 | 30.06 | 2.8 | 14 | 230 | 12 | 020 |
| 04 | 81 | 66 | 73 | 9.3 | 71 | 64 | 68 | 0 | 8 | 0608 | 1745 | RA BR | T | 0.0 | 0 | 30.04 | 30.12 | 4.7 | 21 | 330 | 16 | 230 |
| 05 | 83 | 61 | 72 | 8.7 | 63 | 57 | 63 | 0 | 7 | 0608 | 1743 | | 0.01 | 0.0 | 0 | 30.01 | 30.07 | 4.9 | 18 | 200 | 16 | 320 |
| 06 | 80 | 54 | 67 | 4.1 | 65 | 53 | 58 | 0 | 2 | 0609 | 1742 | | 0.00 | 0.0 | 0 | 30.02 | 30.11 | 11.1 | 31 | 350 | 25 | 340 |
| 07 | 56 | 49 | 52 | -10.5 | 73 | 44 | 48 | 13 | 0 | 0610 | 1740 | RA BR | 0.11 | 0.0 | 0 | 30.17 | 30.25 | 6.0 | 16 | 030 | 13 | 350 |
| 08 | 55 | 45 | 50 | -12.2 | 72 | 41 | 46 | 15 | 0 | 0611 | 1739 | RA | 0.00 | 0.0 | 0 | 30.09 | 30.15 | 7.5 | 16 | 030 | 14 | 020 |
| 09 | 64 | 48 | 56 | -5.8 | 76 | 49 | 52 | 9 | 0 | 0612 | 1737 | RA BR | 0.04 | 0.0 | 0 | 29.91 | 29.99 | 7.7 | 32 | 330 | 28 | 360 |
| 10 | 71 | 55 | 63 | 1.6 | 61 | 48 | 55 | 2 | 0 | 0613 | 1736 | DZ BR HZ | 0.09 | 0.0 | 0 | 30.15 | 30.23 | 8.0 | 35 | 340 | 28 | 330 |
| 11 | 63 | 49 | 56 | -5.1 | 47 | 34 | 45 | 9 | 0 | 0614 | 1734 | | T | 0.0 | 0 | 30.16 | 30.27 | 9.7 | 18 | 180 | 15 | 340 |
| 12 | 67 | 46 | 56 | -4.7 | 53 | 37 | 47 | 9 | 0 | 0615 | 1733 | | 0.00 | 0.0 | 0 | 30.37 | 30.44 | 6.8 | 18 | 210 | 20 | 210 |
| 13 | 60 | 41 | 51 | -9.3 | 51 | 33 | 43 | 14 | 0 | 0616 | 1731 | | 0.00 | 0.0 | 0 | 30.09 | 30.13 | 11.5 | 26 | 220 | 20 | 340 |
| 14 | 76 | 52 | 64 | 4.0 | 63 | 50 | 56 | 1 | 0 | 0617 | 1730 | | 0.00 | 0.0 | 0 | 29.72 | 29.78 | 12.2 | 26 | 330 | 20 | 330 |
| 15 | 72 | 57 | 64 | 4.3 | 71 | 56 | 61 | 1 | 0 | 0618 | 1729 | RA BR | 0.06 | 0.0 | 0 | 29.81 | 29.90 | 6.9 | 16 | 170 | 13 | 180 |
| 16 | 65 | 49 | 57 | -2.3 | 56 | 42 | 46 | 8 | 0 | 0619 | 1727 | | 0.00 | 0.0 | 0 | 29.81 | 29.90 | 4.6 | 26 | 130 | 20 | 130 |
| 17 | 69 | 46 | 57 | -1.0 | 68 | 46 | 52 | 7 | 0 | 0620 | 1726 | | 0.00 | 0.0 | 0 | 29.84 | 29.89 | 9.3 | 23 | 280 | 18 | 270 |
| 18 | 72 | 54 | 63 | 4.3 | 72 | 54 | 58 | 2 | 0 | 0621 | 1724 | | T | 0.0 | 0 | 29.65 | 29.70 | 5.6 | 13 | 330 | 18 | 340 |
| 19 | 76 | 57 | 66 | 7.7 | 81 | 60 | 62 | 0 | 1 | 0622 | 1723 | RA BR | 0.24 | 0.0 | 0 | 29.70 | 29.81 | 5.4 | 25 | 330 | 18 | 320 |
| 20 | 69 | 51 | 60 | 2.0 | 55 | 43 | 51 | 5 | 0 | 0623 | 1722 | | 0.00 | 0.0 | 0 | 29.98 | 30.08 | 6.6 | 23 | 150 | 12 | 170 |
| 21 | 73 | 49 | 61 | 3.6 | 58 | 39 | 48 | 4 | 0 | 0624 | 1720 | | 0.00 | 0.0 | 0 | 30.09 | 30.16 | 3.9 | 26 | 320 | 12 | 320 |
| 22 | 84 | 48 | 66 | 9.8 | 58 | 41 | 51 | 0 | 1 | 0625 | 1719 | | 0.00 | 0.0 | 0 | 30.03 | 30.09 | 4.1 | 13 | 040 | 10 | 070 |
| 23 | 78 | 52 | 65 | 7.9 | 63 | 52 | 57 | 0 | 0 | 0626 | 1718 | | 0.00 | 0.0 | 0 | 30.02 | 30.10 | 5.4 | 15 | 080 | 13 | 060 |
| 24 | 71 | 59 | 65 | 8.1 | 64 | 55 | 61 | 0 | 0 | 0628 | 1716 | RA | 0.00 | 0.0 | 0 | 30.11 | 30.19 | 5.2 | 21 | 060 | 10 | 060 |
| 25 | 71 | 62 | 67 | 10.5 | 81 | 59 | 61 | 0 | 2 | 0629 | 1715 | BR HZ | T | 0.0 | 0 | 30.07 | 30.13 | 5.8 | 13 | 080 | 33 | 010 |
| 26 | 70 | 61 | 66 | 9.8 | 81 | 59 | 58 | 0 | 1 | 0630 | 1714 | BR | 0.00 | 0.0 | 0 | 29.88 | 29.93 | 10.2 | 21 | 060 | 10 | 060 |
| 27 | 70 | 59 | 64 | 8.1 | 71 | 53 | 53 | 1 | 0 | 0631 | 1713 | RA | 0.15 | 0.0 | 0 | 29.67 | 29.71 | 16.7 | 33 | 010 | 17 | 310 |
| 28 | 62 | 54 | 58 | 2.4 | 70 | 48 | 48 | 7 | 0 | 0632 | 1711 | RA DZ BR | 3.85 | 0.0 | 0 | 29.13 | 29.11 | 24.2 | 61 | 310 | 21 | 200 |
| 29 | 55 | 46 | 51 | -4.3 | 85 | 46 | 41 | 14 | 0 | 0633 | 1710 | RA BR | 0.84 | 0.0 | 0 | 29.09 | 29.24 | 12.1 | 32 | 220 | 21 | 200 |
| 30 | 46 | 42 | 44 | -11.0 | 86 | 39 | 37 | 21 | 0 | 0634 | 1709 | RA BR | T | 0.0 | 0 | 29.49 | 29.59 | 6.5 | 17 | 180 | 14 | 290 |
| 31 | 55 | 42 | 49 | -5.7 | 66 | 37 | 43 | 16 | 0 | 0635 | 1708 | | T | 0.0 | 0 | 29.89 | 29.97 | 7.8 | | | | |
| **Monthly Averages | Totals** | 68.9 | 53.0 | 61.0 | | | | | 167 | 42 | | | | 5.82 | 0.0 | | 29.89 | 29.97 | 7.8 | | | | |
| **Departure from Normal (1981-2010)** | 0.5 | 2.4 | 1.5 | | | | | | | | | | 2.42 | | | | | | | | | |

## Degree Days

| | Monthly | | Season-to-date | |
|---|---|---|---|---|
| | Total | Departure | Total | Departure |
| Heating | 167 | -38 | 173 | -38 |
| Cooling | 42 | 8 | 1936 | 8 |

Date of 5-sec to 3-sec wind equipment change: 2006-09-26

## Number of days with...

### Temperature

| Max | | Min | |
|---|---|---|---|
| >=90° | <=32° | <=32° | <=0° |
| 0 | 0 | 0 | 0 |

### Sea Level Pressure

| | Max | Min |
|---|---|---|
| | 30.55 | 28.63 |
| Date | 13 | 29 |
| Time | 0916 | 2152 |

### Precipitation

| >=0.01" | >=0.1" | >=1" |
|---|---|---|
| 10 | 6 | 0 |

### Snow

| >=1" | >=0.1" |
|---|---|
| 0 | 0 |

### Greatest...

| | 24-Hr. | Date |
|---|---|---|
| Precip | 4.10 | 29-30 |
| Snowfall | 0.0 | |
| Snow Depth | 0 | |

### Weather

T-Storms, Heavy Fog, Snow Depth 0

## Station Augmentation

Name: FAA CWO Lat: N/A Lon: N/A Elevation: N/A Distance: .25mi NW Elements: TEMP, PRECIP, SNOW Equipment: PSY, SRG, SNOWBOARD

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

# Local Climatological Data
## Hourly Observations
### October 2012
Generated on 08/10/2018

Current Location: Elev. 10 ft. Lat: 38.8472° N Lon: -77.0345° W
Station: WASHINGTON REAGAN NATIONAL AIRPORT, VA US 13743

| Date | Time (LST) | Station Type | Sky Conditions | Visibility | Weather Type (see documentation) AU \| AW \| MW | Dry Bulb Temp (F) | Dry Bulb Temp (C) | Wet Bulb Temp (F) | Wet Bulb Temp (C) | Dew Point Temp (F) | Dew Point Temp (C) | Rel Hum % | Wind Speed (MPH) | Wind Dir (Deg) | Wind Gusts (MPH) | Station Press (inHg) | Press. Tend | Net 3-Hr Change (inHg) | Sea Level Press. (inHg) | Report Type | Precip Total (in) | Altimeter Setting (inHg) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 28 | 0052 | 7 | FEW:02 30 OVC:08 100 | 10.00 | | 61 | 16.1 | 56 | 13.1 | 51 | 10.6 | 70 | 11 | 030 | | 29.77 | 6 | | 29.84 | FM-15 | 0.00 | 29.84 |
| 28 | 0100 | 4 | OVC:08 100 | 9.94 | | | | | | | | | 11 | 030 | | 29.78 | 6 | +0.04 | 29.84 | FM-12 | | 29.84 |
| 28 | 0152 | 7 | OVC:08 100 | 10.00 | | 61 | 16.1 | 56 | 13.1 | 51 | 10.6 | 70 | 11 | 030 | | 29.76 | | | 29.83 | FM-15 | 0.00 | 29.83 |
| 28 | 0252 | 7 | OVC:08 100 | 10.00 | | 61 | 16.1 | 55 | 12.8 | 50 | 10.0 | 65 | 13 | 030 | | 29.75 | | | 29.81 | FM-15 | 0.00 | 29.82 |
| 28 | 0352 | 7 | OVC:08 100 | 10.00 | | 60 | 15.6 | 54 | 12.3 | 49 | 9.4 | 67 | 14 | 020 | | 29.73 | | | 29.80 | FM-15 | 0.00 | 29.80 |
| 28 | 0400 | 4 | | 9.94 | | 60 | 15.6 | 54 | 12.3 | 49 | 9.4 | 67 | 15 | 040 | | 29.73 | 8 | +0.04 | 29.80 | FM-12 | | 29.80 |
| 28 | 0452 | 7 | OVC:08 90 | 10.00 | | 60 | 15.6 | 53 | 12.0 | 49 | 9.4 | 67 | 15 | 040 | | 29.73 | 8 | +0.04 | 29.79 | FM-15 | 0.00 | 29.80 |
| 28 | 0552 | 7 | OVC:08 85 | 10.00 | | 60 | 15.6 | 53 | 12.0 | 46 | 8.9 | 60 | 13 | 010 | | 29.72 | | | 29.78 | FM-15 | | 29.79 |
| 28 | 0652 | 7 | OVC:08 80 | 10.00 | | 60 | 15.6 | 53 | 11.8 | 47 | 8.3 | 62 | 14 | 030 | | 29.74 | 3 | -0.00 | 29.80 | FM-15 | T | 29.79 |
| 28 | 0700 | 4 | OVC:08 80 | 9.94 | | 60 | 15.6 | 53 | 11.8 | 47 | 8.3 | 62 | 13 | 030 | | 29.75 | 3 | -0.00 | 29.80 | FM-12 | T | 29.81 |
| 28 | 0752 | 7 | SCT:04 65 OVC:08 80 | 10.00 | | 60 | 15.6 | 53 | 11.5 | 47 | 7.8 | 60 | 13 | 040 | 26 | 29.73 | | | 29.80 | FM-15 | 0.00 | 29.80 |
| 28 | 0852 | 7 | SCT:04 65 OVC:08 100 | 10.00 | | 60 | 15.6 | 52 | 11.3 | 45 | 7.2 | 58 | 17 | 050 | 24 | 29.72 | 8 | | 29.78 | FM-15 | | 29.79 |
| 28 | 0952 | 7 | SCT:04 65 OVC:08 100 | 10.00 | | 59 | 15.0 | 50 | 10.0 | 41 | 5.0 | 51 | 17 | 030 | 22 | 29.70 | | +0.03 | 29.77 | FM-15 | 0.00 | 29.77 |
| 28 | 1000 | 4 | | 9.94 | | 59 | 15.0 | 50 | 10.0 | 41 | 5.0 | 51 | 17 | 030 | | 29.70 | 8 | +0.03 | 29.77 | FM-12 | | |
| 28 | 1052 | 7 | SCT:04 35 SCT:04 65 OVC:08 100 | 10.00 | | 60 | 15.6 | 51 | 10.8 | 43 | 6.1 | 53 | 16 | 020 | 23 | 29.70 | | | 29.76 | FM-15 | 0.00 | 29.77 |
| 28 | 1152 | 7 | BKN:07 35 OVC:08 85 | 10.00 | | 59 | 15.0 | 51 | 10.7 | 44 | 6.7 | 58 | 21 | 030 | | 29.66 | | | 29.72 | FM-15 | | 29.73 |
| 28 | 1252 | 7 | BKN:07 35 OVC:08 85 | 10.00 | | 59 | 15.0 | 52 | 11.0 | 45 | 7.2 | 60 | 17 | 030 | 26 | 29.63 | 8 | +0.08 | 29.69 | FM-15 | 0.00 | 29.70 |
| 28 | 1300 | 4 | OVC:08 85 | 9.94 | | 59 | 15.0 | 52 | 11.0 | 45 | 7.2 | 60 | 17 | 030 | 25 | 29.64 | 8 | +0.08 | 29.69 | FM-12 | | |
| 28 | 1352 | 7 | BKN:07 30 OVC:08 85 | 10.00 | | 59 | 15.0 | 53 | 11.5 | 46 | 7.8 | 60 | 18 | 040 | | 29.61 | | | 29.68 | FM-15 | 0.00 | 29.68 |
| 28 | 1450 | 6 | OVC:08 28 | 10.00 | -RA:02 \| RA \| RA | 61 | 16.0 | 53 | 11.7 | 46 | 8.0 | 59 | 16 | 030 | | 29.60 | | | 29.67 | FM-16 | | 29.67 |
| 28 | 1452 | 7 | OVC:08 28 | 10.00 | \| RA | 60 | 15.6 | 54 | 12.0 | 48 | 8.9 | 65 | 16 | 030 | | 29.60 | | | 29.67 | FM-15 | 0.00 | 29.67 |
| 28 | 1552 | 7 | OVC:08 26 | 8.70 | -RA:02 \| RA \| RA | 59 | 15.0 | 54 | 12.0 | 49 | 9.4 | 69 | 20 | 030 | 29 | 29.59 | 6 | +0.04 | 29.66 | FM-15 | T | 29.66 |
| 28 | 1600 | 4 | | 8.70 | -RA:02 \| RA \| RA | 59 | 15.0 | 54 | 12.0 | 49 | 9.4 | 69 | 19 | 030 | 29 | 29.59 | 6 | +0.04 | 29.66 | FM-12 | | |
| 28 | 1652 | 7 | BKN:07 26 OVC:08 31 | 6.00 | -RA:02 \| RA \| RA | 57 | 13.9 | 53 | 11.8 | 50 | 10.0 | 78 | 22 | 010 | 25 | 29.59 | | | 29.66 | FM-15 | T | 29.66 |
| 28 | 1752 | 7 | SCT:04 13 SCT:04 18 OVC:08 23 | 4.00 | -DZ:01 BR:1 DZ \| DZ | 54 | 12.2 | 52 | 11.3 | 51 | 10.6 | 90 | 21 | 350 | | 29.58 | | | 29.65 | FM-15 | 0.02 | 29.65 |
| 28 | 1852 | 7 | OVC:08 16 | 9.00 | -RA:02 \| RA \| RA | 54 | 12.2 | 52 | 11.3 | 51 | 10.6 | 90 | 15 | 360 | | 29.58 | 8 | +0.01 | 29.65 | FM-15 | 0.03 | 29.65 |
| 28 | 1900 | 4 | OVC:08 16 | 10.00 | \| RA | 54 | 12.2 | 52 | 11.3 | 51 | 10.6 | 90 | 15 | 360 | | 29.59 | 6 | +0.01 | 29.65 | FM-12 | | 29.65 |
| 28 | 1952 | 7 | OVC:08 16 | 10.00 | -RA:02 \| RA \| RA | 55 | 12.8 | 53 | 11.6 | 51 | 10.6 | 87 | 20 | 360 | 24 | 29.56 | | | 29.63 | FM-15 | 0.02 | 29.63 |
| 28 | 2052 | 7 | OVC:08 19 | 10.00 | -RA:02 \| RA \| RA | 55 | 12.8 | 53 | 11.6 | 51 | 10.6 | 87 | 17 | 360 | | 29.54 | | +0.04 | 29.61 | FM-15 | 0.02 | 29.61 |
| 28 | 2152 | 7 | OVC:08 18 | 8.70 | \| RA | 55 | 12.8 | 53 | 11.6 | 51 | 10.6 | 87 | 15 | 360 | | 29.54 | | +0.04 | 29.61 | FM-15 | | 29.61 |
| 28 | 2200 | 4 | | 10.00 | \| RA | 55 | 12.8 | 53 | 11.6 | 51 | 10.6 | 87 | 15 | 350 | | 29.54 | 6 | | 29.61 | FM-12 | 0.03 | |
| 28 | 2252 | 7 | OVC:08 18 | 10.00 | -RA:02 \| RA \| RA | 54 | 12.2 | 53 | 11.3 | 51 | 10.6 | 90 | 15 | 350 | | 29.51 | | | 29.58 | FM-15 | 0.01 | 29.58 |
| 28 | 2352 | 7 | OVC:08 16 | 10.00 | -RA:02 \| RA \| RA | 55 | 12.8 | 53 | 11.6 | 51 | 10.6 | 87 | 16 | 360 | 25 | 29.50 | | | 29.57 | FM-15 | 0.03 | 29.57 |
| 29 | 0052 | 7 | OVC:08 22 | 9.94 | \| RA | 55 | 12.8 | 53 | 11.6 | 51 | 10.6 | 87 | 16 | 360 | | 29.48 | 6 | +0.06 | 29.54 | FM-15 | | 29.55 |
| 29 | 0100 | 4 | | 10.00 | -RA:02 \| RA \| RA | 54 | 12.2 | 52 | 11.3 | 51 | 10.6 | 90 | 16 | 350 | | 29.49 | 6 | +0.06 | 29.54 | FM-12 | 0.03 | |
| 29 | 0152 | 7 | OVC:08 23 | 9.94 | \| RA | 54 | 12.2 | 52 | 11.3 | 50 | 10.0 | 90 | 18 | 350 | | 29.46 | | | 29.52 | FM-15 | | 29.53 |
| 29 | 0252 | 7 | OVC:08 21 | 9.00 | -RA:02 \| RA \| RA | 54 | 12.2 | 52 | 11.1 | 50 | 10.0 | 87 | 17 | 350 | | 29.44 | | | 29.51 | FM-15 | 0.05 | 29.51 |

| 29 | Time | | Clouds | Vis | Weather | | | | | | | | | | | | | | | FM | | |
|----|------|---|--------|-----|---------|---|---|---|---|---|---|---|---|----|---|------|---|------|------|------|------|------|
| 29 | 0352 | 7 | SCT.04 18 OVC.08 23 | 8.00 | RA.02 \|RA \|RA | 54 | 12.2 | 52 | 11.1 | 50 | 10.0 | 87 | 15 | 350 | | 29.44 | 6 | +0.04 | 29.51 | FM-15 | 0.09 | 29.51 |
| 29 | 0400 | 4 | | 7.46 | \|\|RA | 54 | 12.2 | 52 | 11.1 | 49 | 9.4 | 87 | 15 | 350 | | 29.44 | 6 | +0.04 | 29.51 | FM-12 | 0.10 | 29.49 |
| 29 | 0452 | 7 | FEW.02 13 OVC.09 23 | 5.00 | RA.02 BR:1 \|RA \|RA | 53 | 11.7 | 50 | 10.5 | 48 | 8.9 | 86 | 18 | 340 | 26 | 29.42 | | | 29.48 | FM-15 | 0.25 | 29.47 |
| 29 | 0552 | 7 | BKN.07 15 OVC.09 21 | 4.00 | RA.02 BR:1 \|RA \|RA | 52 | 11.1 | 50 | 10.0 | 48 | 9.0 | 88 | 18 | 350 | | 29.40 | | | 29.47 | FM-15 | 0.03 | 29.47 |
| 29 | 0600 | 7 | BKN.07 14 OVC.08 21 | 4.00 | RA.02 BR:1 \|RA \|RA | 52 | 11.0 | 50 | 10.0 | 48 | 8.9 | 86 | 17 | 350 | 29 | 29.40 | | | | FM-16 | 0.03 | 29.47 |
| 29 | 0652 | 7 | BKN.07 15 BKN.07 23 OVC.08 48 | 5.00 | RA.02 BR:1 \|RA \|RA | 52 | 11.1 | 50 | 10.0 | 48 | 8.9 | 86 | 17 | 350 | | 29.40 | 6 | +0.05 | 29.47 | FM-15 | 0.19 | 29.47 |
| 29 | 0700 | 4 | \|\|RA | 4.97 | \|\|RA | 52 | 11.1 | 50 | 10.0 | 48 | 8.9 | 86 | 18 | 350 | | 29.41 | | | 29.47 | FM-12 | | 29.47 |
| 29 | 0752 | 7 | BKN.07 18 OVC.08 45 | 4.00 | RA.02 BR:1 \|RA \|RA | 52 | 11.1 | 50 | 10.0 | 48 | 8.9 | 86 | 26 | 330 | | 29.36 | | +0.05 | 29.42 | FM-15 | 0.25 | 29.43 |
| 29 | 0852 | 7 | BKN.07 17 BKN.07 55 OVC.08 70 | 7.00 | RA.02 \|RA \|RA | 52 | 11.1 | 50 | 10.0 | 48 | 9.0 | 86 | 24 | 340 | 36 | 29.31 | | | 29.38 | FM-15 | 0.21 | 29.38 |
| 29 | 0941 | 7 | SCT.04 19 OVC.08 50 | 4.00 | RA.02 BR:1 \|RA \|RA | 52 | 11.0 | 50 | 10.0 | 48 | 8.9 | 88 | 24 | 330 | 34 | 29.27 | 8 | | | FM-16 | 0.17 | 29.34 |
| 29 | 0952 | 7 | SCT.04 19 OVC.08 50 | 4.00 | +RA.02 BR:1 \|RA \|RA | 51 | 10.6 | 49 | 9.7 | 46 | 8.9 | 89 | 21 | 330 | 32 | 29.25 | 8 | +0.14 | 29.32 | FM-15 | 0.23 | 29.32 |
| 29 | 1000 | 7 | \|\|RA | 3.73 | \|\|RA | 51 | 10.6 | 49 | 9.7 | 46 | 8.0 | 89 | 21 | 330 | | 29.26 | | +0.14 | 29.32 | FM-12 | | |
| 29 | 1047 | 7 | FEW.02 15 BKN.07 23 OVC.08 60 | 3.00 | RA.02 BR:1 \|RA \|RA | 52 | 11.0 | 49 | 9.4 | 47 | 8.3 | 82 | 22 | 320 | 36 | 29.20 | | | | FM-16 | 0.23 | 29.27 |
| 29 | 1052 | 7 | BKN.07 23 OVC.08 50 | 3.00 | RA.02 BR:1 \|RA \|RA | 51 | 10.6 | 49 | 9.4 | 47 | 8.3 | 86 | 30 | 330 | 34 | 29.20 | | | 29.27 | FM-15 | 0.22 | 29.27 |
| 29 | 1152 | 7 | BKN.07 19 BKN.08 35 OVC.08 75 | 5.00 | -RA.02 BR:1 \|RA \|RA | 51 | 10.6 | 49 | 9.4 | 47 | 8.3 | 86 | 24 | 320 | 38 | 29.12 | 8 | +0.16 | 29.19 | FM-15 | 0.11 | 29.19 |
| 29 | 1252 | 7 | BKN.07 17 BKN.07 50 OVC.08 70 | 2.00 | +RA.02 BR:1 \|RA \|RA | 51 | 10.6 | 49 | 9.4 | 47 | 8.3 | 86 | 24 | 320 | 43 | 29.05 | | | 29.11 | FM-15 | 0.19 | 29.12 |
| 29 | 1300 | 4 | \|\|RA | 1.99 | \|\|RA | 51 | 10.6 | 49 | 9.4 | 46 | 8.0 | 86 | 22 | 320 | | 29.06 | 8 | +0.16 | 29.11 | FM-12 | | 29.03 |
| 29 | 1350 | 6 | SCT.04 19 OVC.08 60 | 4.00 | -RA.02 \|RA \| | 52 | 11.0 | 49 | 9.4 | 46 | 7.8 | 82 | 23 | VRB | 45 | 28.96 | | | | FM-16 | 0.22 | 29.03 |
| 29 | 1352 | 7 | SCT.04 19 OVC.08 60 | 4.00 | -RA.02 \|RA \|RA | 51 | 10.6 | 48 | 9.2 | 46 | 8.0 | 83 | 28 | 310 | 45 | 28.96 | | | 29.03 | FM-15 | | 29.03 |
| 29 | 1418 | 7 | SCT.04 19 OVC.08 65 | 2.50 | RA.02 \|RA \|RA | 52 | 11.0 | 49 | 9.4 | 46 | 8.0 | 88 | 25 | 300 | 40 | 28.92 | | | | FM-16 | 0.05 | 28.99 |
| 29 | 1450 | 6 | SCT.04 19 BKN.07 55 OVC.08 70 | 3.00 | RA.02 BR:1 \|RA \| | 50 | 10.0 | 48 | 8.9 | 46 | 7.8 | 88 | 30 | 310 | 41 | 28.89 | | | | FM-16 | | 28.96 |
| 29 | 1452 | 7 | BKN.07 19 BKN.07 55 OVC.08 70 | 3.00 | RA.02 BR:1 \|RA \|RA | 50 | 10.0 | 48 | 8.9 | 46 | 7.0 | 86 | 29 | 310 | 41 | 28.89 | | | 28.96 | FM-15 | 0.15 | 28.96 |
| 29 | 1510 | 7 | SCT.04 17 BKN.07 45 OVC.08 70 | 2.50 | RA.02 \|RA \|RA | 50 | 10.0 | 48 | 8.6 | 45 | 7.0 | 82 | 30 | 310 | 45 | 28.86 | | | | FM-16 | 0.05 | 28.93 |
| 29 | 1552 | 7 | SCT.04 17 BKN.07 50 OVC.08 65 | 2.00 | +RA.02 \|RA \|RA | 50 | 10.0 | 48 | 8.6 | 45 | 7.2 | 83 | 30 | 310 | 45 | 28.80 | | | 28.87 | FM-15 | 0.16 | 28.87 |
| 29 | 1600 | 4 | \|\|RA | 1.99 | \|\|RA | 50 | 10.0 | 48 | 8.6 | 45 | 7.2 | 83 | 30 | 310 | 52 | 28.81 | 8 | +0.16 | 28.87 | FM-12 | | 28.83 |
| 29 | 1626 | 7 | SCT.04 17 OVC.08 55 | 1.75 | -RA.02 \|RA \|RA | 50 | 10.0 | 48 | 8.6 | 45 | 7.0 | 82 | 38 | 300 | 51 | 28.76 | 8 | +0.25 | | FM-16 | 0.09 | 28.80 |
| 29 | 1652 | 7 | FEW.02 17 BKN.07 55 OVC.08 70 | 1.75 | +RA.02 \|RA \|RA | 50 | 10.0 | 48 | 8.6 | 45 | 7.2 | 83 | 33 | 300 | 55 | 28.73 | | | 28.79 | FM-15 | 0.20 | 28.80 |
| 29 | 1703 | 7 | BKN.07 55 OVC.08 70 | 3.00 | +RA.02 \|RA \|RA | 50 | 10.0 | 47 | 8.6 | 45 | 7.0 | 82 | 31 | 310 | 48 | 28.72 | | | | FM-16 | 0.03 | 28.79 |
| 29 | 1727 | 7 | FEW.02 20 OVC.08 60 | 2.50 | +RA.02 \|RA \|RA | 50 | 10.0 | 47 | 8.6 | 45 | 7.0 | 82 | 31 | 300 | 57 | 28.70 | 8 | | 28.70 | FM-16 | 0.12 | 28.77 |

| Day | Time | N | Clouds | Vis | Weather | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 1752 | 7 | SCT 04 20 / OVC 08 50 | 2.50 | +RA 02 BR:1 \|RA \|RA | 49 | 9.4 | 47 | 8.3 | 45 | 7.2 | 86 | 31 | 300 | 51 | 28.69 | | | 28.76 | FM-15 | 0.24 | 28.76 |
| 29 | 1808 | 7 | +RA 02 18 / OVC 08 50 | 3.00 | +RA 02 \|RA \|RA | 50 | 10.0 | 47 | 8.6 | 45 | 7.0 | 82 | 30 | 300 | 52 | 28.68 | | | | FM-16 | 0.07 | 28.75 |
| 29 | 1852 | 7 | FEW 02 18 / OVC 08 50 | 3.00 | +RA 02 \|RA \|RA | 49 | 9.4 | 47 | 8.1 | 44 | 6.7 | 83 | 26 | 300 | 46 | 28.63 | | | 28.69 | FM-15 | 0.26 | 28.70 |
| 29 | 1900 | 4 | | 2.98 | \|RA | 49 | 9.4 | 47 | 8.1 | 44 | 6.7 | 83 | 26 | 300 | | 28.64 | | | 28.69 | FM-12 | | |
| 29 | 1950 | 6 | FEW 02 18 / BKN 07 46 / OVC 08 70 | 2.50 | +RA 02 \|RA \| | 48 | 9.0 | 46 | 7.5 | 43 | 6.0 | 82 | 25 | 310 | 52 | 28.61 | | | | FM-16 | | 28.68 |
| 29 | 1952 | 7 | FEW 02 18 / BKN 07 46 / OVC 08 70 | 2.50 | +RA 02 \|RA \|RA | 48 | 8.9 | 46 | 7.5 | 43 | 6.1 | 83 | 30 | 300 | 52 | 28.61 | | | 28.68 | FM-15 | 0.29 | 28.68 |
| 29 | 1959 | 7 | FEW 02 20 / BKN 07 46 / OVC 08 70 | 3.00 | RA 02 \|RA \|RA | 48 | 9.0 | 46 | 7.5 | 43 | 6.0 | 82 | 29 | 310 | 55 | 28.60 | | | | FM-16 | 0.03 | 28.67 |
| 29 | 2052 | 7 | SCT 04 15 / SCT 04 23 / OVC 08 50 | 4.00 | RA 02 \|RA \|RA | 48 | 8.9 | 45 | 7.3 | 42 | 5.6 | 80 | 38 | 310 | 60 | 28.57 | | | 28.63 | FM-15 | 0.13 | 28.64 |
| 29 | 2152 | 7 | SCT 04 20 / BKN 07 50 / OVC 08 75 | 5.00 | -RA 02 \|RA \|RA | 48 | 8.9 | | | 42 | 5.6 | 80 | 30 | 310 | 47 | | | | | FM-15 | 0.09 | |
| 29 | 2200 | 4 | | 4.97 | \|RA | 48 | 8.9 | 42 | | 42 | 5.6 | 80 | 30 | 310 | | | 6 | +0.06 | | FM-12 | | |
| 29 | 2252 | 7 | SCT 04 22 / BKN 07 45 / OVC 08 70 | 5.00 | -RA 02 \|RA \|RA | 47 | 8.3 | | | | | 83 | 23 | 280 | 37 | | 6 | +0.06 | | FM-15 | 0.10 | |
| 29 | 2348 | 7 | BKN 07 19 / BKN 07 46 / OVC 08 70 | 7.00 | -RA 02 \|RA \|RA | 46 | 8.0 | 44 | 6.5 | 41 | 5.0 | 82 | 20 | 260 | 30 | 28.65 | | | 28.72 | FM-16 | 0.06 | 28.72 |
| 29 | 2352 | 7 | BKN 07 19 / BKN 07 46 / OVC 08 70 | 7.00 | -RA 02 \|RA \|RA | 46 | 7.8 | 44 | 6.5 | 41 | 5.0 | 83 | 22 | 250 | 26 | 28.65 | | | 28.78 | FM-15 | 0.06 | 28.78 |
| 30 | 0052 | 7 | FEW 02 14 / OVC 08 20 | 4.00 | RA 02 BR:1 \|RA \|RA | 44 | 6.7 | 42 | 5.6 | 40 | 4.4 | 85 | 20 | 230 | 29 | 28.71 | | | 28.78 | FM-15 | 0.13 | 28.84 |
| 30 | 0152 | 4 | | 3.73 | \|RA | 44 | 6.7 | 42 | 5.6 | 40 | 4.4 | 85 | 19 | 230 | 26 | 28.72 | 3 | -0.15 | 28.84 | FM-12 | | 28.88 |
| 30 | 0152 | 7 | OVC 08 25 | 5.00 | -RA 02 \|RA \| | 44 | 6.7 | 42 | 5.6 | 40 | 4.4 | 85 | 19 | 210 | 26 | 28.77 | 3 | -0.15 | 28.84 | FM-15 | 0.13 | 28.94 |
| 30 | 0252 | 7 | SCT 04 14 / OVC 08 25 | 4.00 | RA 02 \|RA \|RA | 44 | 6.7 | 42 | 5.6 | 40 | 4.4 | 85 | 21 | 200 | 29 | 28.81 | | | 28.88 | FM-15 | 0.08 | |
| 30 | 0352 | 7 | FEW 07 20 / OVC 08 30 | 5.00 | RA 02 BR:1 \|RA \|RA | 44 | 6.7 | 42 | 5.6 | 40 | 4.4 | 85 | 20 | 200 | 26 | 28.87 | | | 28.94 | FM-15 | 0.11 | |
| 30 | 0400 | 4 | | 4.97 | \|RA | 44 | 6.7 | 42 | 5.6 | 40 | 4.4 | 85 | 19 | 200 | | 28.88 | 1 | -0.16 | 28.94 | FM-12 | | |
| 30 | 0450 | 6 | SCT 04 18 / OVC 08 33 | 9.00 | -RA 02 \|RA \|RA | 45 | 7.0 | 42 | 5.7 | 39 | 4.0 | 81 | 17 | 200 | 25 | 28.93 | 1 | -0.16 | | FM-16 | 0.06 | |
| 30 | 0452 | 7 | SCT 04 18 / OVC 08 33 | 9.00 | RA 02 \|RA \|RA | 45 | 6.7 | 42 | 5.6 | 40 | 4.4 | 85 | 17 | 210 | 25 | 28.93 | | | 29.00 | FM-15 | 0.06 | 29.00 |
| 30 | 0516 | 7 | BKN 07 23 / OVC 08 31 | 9.00 | -RA 02 \|RA \|RA | 45 | 7.0 | 42 | 5.7 | 39 | 4.0 | 81 | 20 | 200 | 28 | 28.95 | | | 29.05 | FM-16 | 0.03 | 29.00 |
| 30 | 0552 | 7 | SCT 04 35 / OVC 08 34 | 8.00 | -RA 02 \|RA \|RA | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 20 | 220 | 29 | 28.98 | | | 29.10 | FM-15 | 0.06 | 29.02 |
| 30 | 0652 | 7 | SCT 04 15 / SCT 04 23 / OVC 08 32 | 6.00 | -RA 02 BR:1 \|RA \|RA | 43 | 6.1 | 42 | 5.3 | 40 | 4.4 | 89 | 15 | 200 | | 29.03 | | -0.16 | 29.10 | FM-15 | 0.09 | 29.05 |
| 30 | 0700 | 4 | | 5.59 | \|RA | 43 | 6.1 | 42 | 5.3 | 40 | 4.4 | 89 | 15 | 200 | | 29.04 | 1 | -0.16 | | FM-12 | | 29.10 |
| 30 | 0710 | 7 | SCT 04 13 / BKN 07 22 / OVC 08 34 | 10.00 | -RA 02 \|RA \|RA | 45 | 7.0 | 42 | 5.7 | 39 | 4.0 | 81 | 10 | 200 | 22 | 29.05 | | | | FM-16 | 0.01 | 29.12 |
| 30 | 0728 | 7 | BKN 07 12 / BKN 07 22 / OVC 08 39 | 10.00 | -RA 02 \|RA \|RA | 43 | 6.0 | 41 | 5.1 | 39 | 4.0 | 87 | 15 | 190 | 21 | 29.07 | | | | FM-16 | 0.01 | 29.14 |
| 30 | 0752 | 7 | BKN 07 12 / OVC 08 17 | 10.00 | -RA 02 \|RA \|RA | 42 | 5.6 | 41 | 4.8 | | 3.9 | 89 | 18 | 190 | 26 | 29.09 | | | 29.15 | FM-15 | 0.02 | 29.16 |

| | Time | | Clouds | Vis | Wx | | | | | | | | | | Alt | | | | FM | | Press |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 0850 | 7 | SCT.04 12 BKN.07 20 OVC.08 47 | 10.00 | -RA.02 |RA | 43 | 6.0 | 40 | 4.6 | 37 | 3.0 | 81 | 13 | 200 | 29.13 | | | | FM-16 | 0.02 | 29.20 |
| 30 | 0852 | 7 | SCT.04 12 BKN.07 20 OVC.08 47 | 10.00 | -RA.02 |RA |RA | 42 | 5.6 | 41 | 4.8 | 39 | 3.9 | 89 | 14 | 190 | 29.13 | | | 29.20 | FM-15 | 0.03 | 29.20 |
| 30 | 0859 | 7 | FEW.02 15 SCT.04 20 OVC.08 45 | 10.00 | -RA.02 |RA |RA | 43 | 6.0 | 41 | 5.1 | 39 | 4.0 | 87 | 14 | 200 | 29.14 | | | | FM-16 | 0.01 | 29.21 |
| 30 | 0921 | 7 | BKN.07 12 OVC.08 30 | 10.00 | -RA.02 |RA |RA | 43 | 6.0 | 41 | 5.1 | 39 | 4.0 | 87 | 14 | 210 | 29.15 | | | 29.23 | FM-16 | 0.02 | 29.22 |
| 30 | 0952 | 7 | BKN.07 10 OVC.08 30 | 10.00 | -RA.02 |RA |RA | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 11 | 210 | 29.17 | 1 | -0.08 | 29.23 | FM-15 | 0.02 | 29.24 |
| 30 | 1000 | 4 | | 9.94 | ||RA | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 11 | 210 | 29.18 | 1 | -0.08 | 29.27 | FM-12 | 0.03 | 29.27 |
| 30 | 1052 | 7 | OVC.08 11 | 10.00 | -RA.02 |RA |RA | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 10 | 210 | 29.20 | | | 29.27 | FM-15 | T | 29.27 |
| 30 | 1106 | 7 | FEW.02 9 BKN.07 13 OVC.08 36 | 10.00 | -RA.02 |RA| | 43 | 6.0 | 41 | 5.1 | 39 | 4.0 | 87 | 11 | 200 | 29.21 | | | | FM-16 | 0.01 | 29.28 |
| 30 | 1150 | 7 | OVC.08 11 | 8.00 | -RA.02 |RA |RA | 43 | 6.0 | 41 | 5.1 | 39 | 3.9 | 87 | 16 | 190 | 29.22 | | | 29.29 | FM-16 | | 29.29 |
| 30 | 1152 | 6 | OVC.08 11 | 8.00 | -RA.02 |RA |RA | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 15 | 190 | 29.22 | | | 29.31 | FM-15 | 0.02 | 29.29 |
| 30 | 1252 | 7 | OVC.08 11 | 10.00 | -RA.02 |RA |RA | 42 | 5.6 | 40 | 4.6 | 38 | 3.3 | 85 | 15 | 190 | 29.24 | | | 29.31 | FM-15 | | 29.31 |
| 30 | 1300 | 4 | | 9.94 | ||RA | 42 | 5.6 | 40 | 4.6 | 38 | 3.3 | 85 | 15 | 190 | 29.25 | 21 | | 29.31 | FM-12 | T | 29.31 |
| 30 | 1352 | 7 | BKN.07 11 OVC.08 18 | 10.00 | -RA.02 |RA |RA | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 14 | 190 | 29.26 | | | 29.33 | FM-15 | 0.01 | 29.33 |
| 30 | 1400 | 7 | SCT.04 11 OVC.08 18 | 10.00 | -RA.02 |RA |RA | 43 | 6.0 | 41 | 5.1 | 39 | 4.0 | 87 | 14 | 190 | 29.27 | | | | FM-16 | T | 29.34 |
| 30 | 1408 | 7 | SCT.04 9 BKN.07 18 OVC.08 22 | | -RA.02 |RA |RA | 43 | 6.0 | 41 | 5.1 | 39 | 4.0 | 87 | 13 | 190 | 29.27 | | | | FM-16 | T | 29.34 |
| 30 | 1450 | 6 | OVC.08 14 | 10.00 | -RA.02 |RA| | 43 | 6.0 | 41 | 5.1 | 39 | 4.0 | 87 | 10 | 190 | 29.29 | | | | FM-16 | | 29.36 |
| 30 | 1452 | 7 | BKN.07 14 BKN.07 23 OVC.08 27 | 10.00 | -RA.02 |RA |RA | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 11 | 190 | 29.29 | | | | FM-15 | 0.01 | 29.36 |
| 30 | 1454 | 7 | FEW.02 9 BKN.07 16 OVC.08 23 | 9.00 | -RA.02 |RA |RA | 43 | 6.0 | 41 | 5.1 | 39 | 4.0 | 87 | 10 | 220 | 29.29 | | | 29.36 | FM-16 | T | 29.36 |
| 30 | 1533 | 7 | SCT.04 11 BKN.07 31 OVC.08 49 | 10.00 | -RA.02 |RA |RA | 43 | 6.1 | 41 | 5.1 | 39 | 4.0 | 87 | 10 | 210 | 29.30 | | | | FM-16 | 0.02 | 29.37 |
| 30 | 1552 | 7 | SCT.04 13 BKN.07 35 OVC.08 50 | 10.00 | ||RA | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 10 | 210 | 29.31 | 3 | -0.06 | 29.38 | FM-15 | 0.02 | 29.38 |
| 30 | 1600 | 4 | | 9.94 | ||RA | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 10 | 210 | 29.31 | 3 | -0.06 | 29.38 | FM-12 | | 29.38 |
| 30 | 1652 | 7 | FEW.02 13 BKN.07 33 OVC.08 50 | 10.00 | -RA.02 |RA |RA | 43 | 6.0 | 41 | 5.1 | 39 | 3.9 | 86 | 9 | 210 | 29.33 | | | 29.40 | FM-15 | 0.01 | 29.40 |
| 30 | 1703 | 7 | BKN.07 20 BKN.07 33 OVC.08 48 | 10.00 | -RA.02 |RA |RA | 43 | 6.0 | 41 | 5.1 | 39 | 4.0 | 87 | 8 | 210 | 29.34 | | | | FM-16 | T | 29.41 |
| 30 | 1752 | 7 | SCT.04 18 BKN.07 25 OVC.08 50 | 10.00 | -RA.02 |RA |RA | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 6 | 210 | 29.36 | | | 29.43 | FM-15 | 0.01 | 29.43 |
| 30 | 1755 | 7 | SCT.04 18 BKN.07 32 OVC.08 50 | 10.00 | -RA.02 |RA |RA | 43 | 6.0 | 41 | 5.1 | 39 | 4.0 | 87 | 7 | 210 | 29.36 | | | | FM-16 | T | 29.43 |
| 30 | 1852 | 7 | SCT.04 18 BKN.07 32 OVC.08 32 | 10.00 | | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 7 | 210 | 29.38 | 1 | -0.07 | 29.45 | FM-15 | T | 29.45 |
| 30 | 1900 | 4 | | 9.94 | | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 7 | 210 | 29.39 | 1 | -0.07 | 29.45 | FM-12 | T | 29.45 |
| 30 | 1952 | 7 | FEW.02 18 SCT.04 24 OVC.08 38 | 10.00 | | 43 | 6.1 | 41 | 4.9 | 38 | 3.3 | 82 | 8 | 240 | 29.40 | | | 29.47 | FM-15 | T | 29.47 |

| 30 | 2052 | 7 | SCT 04 16 BKN 07 32 OVC 08 43 | 10.00 | | 43 | 6.1 | 41 | 5.1 | 39 | 3.9 | 86 | 5 | 210 | 29.41 | | | 29.48 | FM-15 | 0.00 | 29.48 |
|----|------|---|---|---|---|----|-----|----|-----|----|-----|----|---|-----|-------|---|-------|-------|-------|------|-------|
| 30 | 2152 | 7 | FEW 02 36 SCT 04 45 BKN 07 60 | 10.00 | | 42 | 5.6 | 40 | 4.6 | 38 | 3.3 | 85 | 6 | 220 | 29.42 | 1 | -0.04 | 29.48 | FM-15 | 0.00 | 29.49 |
| 30 | 2200 | 4 | | 9.94 | | 42 | 5.6 | 40 | 4.6 | 38 | 3.3 | 85 | 6 | 220 | 29.43 | 1 | -0.04 | 29.48 | FM-12 | | |
| 30 | 2252 | 7 | FEW 02 20 SCT 04 41 BKN 07 55 | 10.00 | | 42 | 5.6 | 40 | 4.6 | 38 | 3.3 | 85 | 6 | 230 | 29.42 | | | 29.48 | FM-15 | 0.00 | 29.49 |
| 30 | 2352 | 7 | FEW 02 41 OVC 08 50 | 10.00 | | 42 | 5.6 | 40 | 4.6 | 38 | 3.3 | 85 | 5 | 210 | 29.42 | | | 29.49 | FM-15 | 0.00 | 29.49 |

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 10 ft. Lat: 38.8472° N Lon: -77.0345° W
Station: WASHINGTON REAGAN NATIONAL AIRPORT, VA US 13743

## Local Climatological Data
## Hourly Remarks
## October 2012

Generated on 08/10/2018

| Date | Time (LST) | Remarks |
|---|---|---|
| 28 | 0052 | MET14410/28/12 00:52:02 METAR KDCA 280552Z 03010KT 10SM FEW030 OVC100 16/11 A2984 RMK AO2 RAE0455 SLP104 P0000 60000 T01610106 10178 20161 56013 (BGS) |
| 28 | 0100 | SYN098AAXX 28064 72405 12566 80310 10161 20106 30083 40104 56013 69901 90552 333 10178 20150 555 92806; |
| 28 | 0152 | MET09910/28/12 01:52:02 METAR KDCA 280652Z 03011KT 10SM OVC100 16/10 A2983 RMK AO2 SLP102 T01610100 (BGS) |
| 28 | 0252 | MET09910/28/12 02:52:02 METAR KDCA 280752Z 02012KT 10SM OVC100 16/09 A2982 RMK AO2 SLP096 T01610094 (BGS) |
| 28 | 0352 | MET10510/28/12 03:52:02 METAR KDCA 280852Z 04013KT 10SM OVC100 16/09 A2980 RMK AO2 SLP091 T01560094 58013 (BGS) |
| 28 | 0400 | SYN076AAXX 28094 72405 32966 80413 10156 20094 30069 40091 58013 90852 555 92809; |
| 28 | 0452 | MET09910/28/12 04:52:02 METAR KDCA 280952Z 02011KT 10SM OVC090 16/09 A2980 RMK AO2 SLP089 T01560089 (BGS) |
| 28 | 0552 | MET11410/28/12 05:52:02 METAR KDCA 281052Z 01012KT 10SM OVC085 16/08 A2979 RMK AO2 RAB35E51 SLP085 P0000 T01560078 (BGS) |
| 28 | 0652 | MET13810/28/12 06:52:02 METAR KDCA 281152Z 03011KT 10SM OVC080 16/08 A2981 RMK AO2 RAB35E47 SLP092 P0000 60000 T01560083 10161 20156 53001 (CEC) |
| 28 | 0700 | SYN098AAXX 28124 72405 12866 80311 10156 20083 30073 40092 53001 69901 91152 333 10211 20156 555 92812; |
| 28 | 0752 | MET10910/28/12 07:52:02 METAR KDCA 281252Z 04020G23KT 10SM OVC080 16/08 A2980 RMK AO2 SLP065 T01560078 (CEC) |
| 28 | 0852 | MET10910/28/12 08:52:02 METAR KDCA 281352Z 05015G21KT 10SM SCT065 OVC100 16/07 A2979 RMK AO2 SLP065 T01560072 (CEC) |
| 28 | 0952 | MET13310/28/12 09:52:02 METAR KDCA 281452Z 03015G19KT 10SM SCT065 OVC100 15/05 A2977 RMK AO2 PK WND 03026/1356 SLP081 T01500050 58011 (CEC) |
| 28 | 1000 | SYN086AAXX 28154 72405 32766 80315 10150 20050 30069 40081 58011 91452 333 91019 555 92815; |
| 28 | 1052 | MET11610/28/12 10:52:02 METAR KDCA 281552Z 02014G20KT 10SM SCT035 OVC100 16/06 A2977 RMK AO2 SLP079 T01560061 (CEC) |
| 28 | 1152 | MET12710/28/12 11:52:02 METAR KDCA 281652Z 03018G23KT 10SM BKN035 OVC085 15/07 A2973 RMK AO2 PK WND 03026/1618 SLP065 T01500067 (CEC) |
| 28 | 1252 | MET12710/28/12 12:52:02 METAR KDCA 281752Z 03015G22KT 10SM BKN035 OVC085 15/07 A2970 RMK AO2 SLP065 T01500072 (CEC) |
| 28 | 1300 | SYN099AAXX 28184 72405 32666 80315 10150 20072 30036 40055 58026 91752 333 10161 20150 91022 555 92818; |
| 28 | 1352 | MET10610/28/12 13:52:02 METAR KDCA 281852Z 04016KT 10SM BKN030 OVC085 16/08 A2968 RMK AO2 SLP050 T01560078 (CEC) |
| 28 | 1450 | MET08910/28/12 14:50:02 SPECI KDCA 281950Z 03014G25KT 10SM OVC028 16/08 A2967 RMK AO2 FIBI (JV) |
| 28 | 1452 | MET10110/28/12 14:52:02 METAR KDCA 281952Z 03018G25KT 10SM OVC028 16/09 A2967 RMK AO2 SLP046 T01560089 (JV) |
| 28 | 1552 | MET12810/28/12 15:52:02 METAR KDCA 282052Z 03017G22KT 9SM -RA OVC026 15/09 A2966 RMK AO2 RAB61 SLP044 P0000 60000 T01500094 56012 (JV) |
| 28 | 1600 | SYN099AAXX 28214 72405 11564 80317 10150 20094 30022 40044 56019 69907 761// 90253 333 91022 555 92903; |
| 28 | 1652 | MET14110/28/12 16:52:02 METAR KDCA 282152Z 01019KT 6SM -RA BKN026 OVC031 14/10 A2966 RMK AO2 PK WND 01029/2114 RAE01B35 SLP045 P0000 T01390100 (JV) |
| 28 | 1752 | MET13510/28/12 17:52:02 METAR KDCA 282252Z 35018KT 4SM -DZ BR SCT013 SCT018 OVC023 12/11 A2962 RMK AO2 RAE4302B52 SLP041 P0002 T01220106 (JV) |
| 28 | 1852 | MET14210/28/12 18:52:02 METAR KDCA 282352Z 36013KT 9SM -RA OVC016 12/11 A2965 RMK AO2 RAE01B4B47 SLP040 60005 T01220106 10156 20122 58004 (JV) |
| 28 | 1900 | SYN104AAXX 29004 72405 11464 83613 10122 20106 30019 40040 58004 60011 761// 92355 333 10161 20122 555 92900; |
| 28 | 1952 | MET10310/28/12 19:52:01 METAR KDCA 290052Z 36017KT 10SM -RA OVC016 12/11 A2963 RMK AO2 SLP035 P0001 T01220106 |
| 28 | 2052 | MET10610/28/12 20:52:01 METAR KDCA 290152Z 36015G21KT 10SM -RA OVC019 13/11 A2961 RMK AO2 SLP028 P0003 T01280106 |
| 28 | 2152 | MET11410/28/12 21:52:01 METAR KDCA 290252Z 36013KT 9SM -RA OVC018 13/11 A2961 RMK AO2 SLP028 P0002 60006 T01280106 66013 |
| 28 | 2200 | SYN088AAXX 29034 72405 11464 83613 10128 20106 30005 40028 56013 60027 761// 90232 555 92903; |
| 28 | 2252 | MET10310/28/12 22:52:01 METAR KDCA 290352Z 35013KT 10SM -RA OVC018 13/11 A2957 RMK AO2 SLP014 P0001 T01280106 40167122 |
| 28 | 2352 | MET13310/28/12 23:52:01 METAR KDCA 290452Z 35013KT 10SM -RA OVC019 13/11 A2955 RMK AO2 SLP005 P0003 60013 T01280106 10128 20122 56022 (JDH) |
| 29 | 0052 | MET13610/29/12 00:52:02 METAR KDCA 290552Z 36014G22KT 10SM -RA OVC021 10SM -RA OVC021 11/09 A2947 RMK AO2 SLP998 P0003 T01220106 (JDH) |
| 29 | 0100 | SYN110AAXX 29064 72405 11566 83614 10128 20106 39985 40005 56022 60031 761// 90552 333 10161 20122 91022 555 92906; |
| 29 | 0152 | MET10910/29/12 01:52:02 METAR KDCA 290652Z 35016KT 10SM -RA OVC023 12/10 A2951 RMK AO2 SLP994 P0004 T01220100 (JDH) |
| 29 | 0252 | MET08110/29/12 02:52:02 METAR KDCA 290752Z 35015KT 9SM -RA OVC023 12/11 A2953 RMK AO2 SLP998 P0003 T01220106 (JDH) |
| 29 | 0352 | MET12610/29/12 03:52:02 METAR KDCA 290852Z 35013KT 8SM -RA SCT018 OVC023 12/10 A2951 RMK AO2 SLP994 P0004 T01220100 (JDH) |
| 29 | 0400 | SYN088AAXX 29094 72405 11462 83513 10122 20100 39971 49994 56012 60047 763// 90852 555 92909; |
| 29 | 0452 | MET11710/29/12 04:52:02 METAR KDCA 290952Z 34017KT 5SM -RA OVC023 12/09 A2949 RMK AO2 SLP984 P0011 T01170094 (JDH) |
| 29 | 0552 | MET12010/29/12 05:52:02 METAR KDCA 291052Z 34017KT 5SM RA BKN018 OVC046 11/09 A2943 RMK AO2 SLP964 P0024 T01110089 (RS) |
| 29 | 0600 | MET10310/29/12 06:00:02 SPECI KDCA 291053Z 34023G31KT 7SM RA BKN017 BKN055 OVC070 11/09 A2938 RMK AO2 PK WND 33032/1327 SLP948 P0021 T01110089 (RS) |
| 29 | 0652 | MET13010/29/12 09:41:02 SPECI KDCA 291410Z 34036G31KT 4SM -RA BKN014 OVC021 11/09 A2934 RMK AO2 PK WND 33033/1418 SCT V BKN P0017 (RS) |
| 29 | 0752 | MET14110/29/12 07:52:02 METAR KDCA 291152Z 33016G22KT 4SM RA BR BKN011 BKN018 OVC046 11/09 A2934 RMK AO2 PK WND 33033/1418 SCT V BKN P0017 (RS) |
| 29 | 0852 | MET14110/29/12 08:52:02 METAR KDCA 291252Z 34023G31KT 7SM RA BKN007 BKN015 BKN023 OVC048 11/09 A2932 RMK AO2 PK WND 33033/1418 SLP929 SCT V BKN P0021 60066 T01060089 58049 (RS) |
| 29 | 0941 | MET13010/29/12 09:41:02 SPECI KDCA 291410Z 34036G31KT 4SM -RA BR SCT019 OVC050 11/09 A2932 RMK AO2 PK WND 33033/1418 SLP929 SCT V BKN P0021 60066 T01060089 58049 (RS) |
| 29 | 0952 | MET16810/29/12 06:52:02 METAR KDCA 291152Z 35015KT 5SM RA BR BKN015 BKN023 OVC048 11/09 A2347 BKN015 V SCT P0020 60069 T00087 T01110089 10128 20111 56016 $ (RS) |
| 29 | 1000 | SYN104AAXX 29154 72405 11456 83318 10106 20089 39907 49929 58049 60177 765// 91452 333 91028 96010 555 92915; |

| | | |
|---|---|---|
| 29 | 1047 | MET1371O/29/12 10:47:02 SPECI KDCA 291547Z 32023G31KT 3SM RA BR FEW015 BKN023 OVC060 11/08 A2927 RMK AO2 PK WND 31032/1531 BKN V SCT P0023 (RS) |
| 29 | 1052 | MET15410/29/12 10:52:02 METAR KDCA 291552Z 33019G33KT 3SM RA BR FEW015 BKN023 OVC050 11/08 A2927 RMK AO2 PK WND 31032/1531 SLP911 BKN V SCT P0025 T01060083 (RS) |
| 29 | 1152 | MET16510/29/12 11:52:02 METAR KDCA 291652Z 32026G33KT 5SM -RA BR BKN019 BKN050 OVC075 11/08 A2919 RMK AO2 PK WND 32034/1632 PRESFR BKN019 V SCT P0012 T01060083 (RS) |
| 29 | 1252 | MET16910/29/12 12:52:02 METAR KDCA 291752Z 32021G37KT 2SM +RA BR BKN017 BKN050 OVC070 11/08 A2912 RMK AO2 PK WND 31041/1735 SLP859 P0016 60119 T01060083 10111 20106 58053 (RS) |
| 29 | 1300 | SYN116AAXX 29184 72405 11432 83221 10106 20083 39840 49859 58053 60301 765/ 91752 333 10128 20108 20107 96010 555 92918. |
| 29 | 1350 | MET13010/29/12 13:50:02 METAR KDCA 291850Z 31019G39KT 4SM -RA SCT019 OVC060 11/08 A2903 RMK AO2 PK WND 31042/1833 PRESFR P0025 FIBI (RS) |
| 29 | 1352 | MET14210/29/12 13:52:02 METAR KDCA 291852Z 31026G39KT 4SM -RA SCT019 OVC060 11/08 A2903 RMK AO2 PK WND 31042/1833 PRESFR SLP830 P0025 T01060078 (RS) |
| 29 | 1418 | MET12810/29/12 14:18:02 SPECI KDCA 291918Z 30024G35KT 2 1/2SM RA SCT020 OVC065 11/08 A2896 RMK AO2 PK WND 30041/1907 T01000078 (RS) |
| 29 | 1450 | MET14510/29/12 14:50:02 SPECI KDCA 291950Z 31022G36KT 3SM RA BR SCT019 BKN055 OVC070 10/08 A2896 RMK AO2 PK WND 30041/1907 SLP806 P0014 T01000078 (JV) |
| 29 | 1452 | MET14410/29/12 14:52:02 METAR KDCA 291952Z 31026G36KT 3SM RA BR SCT019 BKN055 OVC070 10/08 A2893 RMK AO2 PK WND 31039/2009 PRESFR P0005 (JV) |
| 29 | 1510 | MET15310/29/12 15:10:02 SPECI KDCA 292010Z 31025G39KT 2 1/2SM RA SCT017 BKN045 OVC070 10/07 A2893 RMK AO2 PK WND 31047/2028 SLP775 P0016 T01000072 (JV) |
| 29 | 1552 | MET15310/29/12 15:52:02 METAR KDCA 292052Z 31026G45KT 2SM RA SCT019 BKN050 OVC070 10/07 A2887 RMK AO2 PK WND 31047/2028 SLP775 P0016 60055 T01000072 58054 (JV) |
| 29 | 1600 | SYN098AAXX 29214 72405 11432 83126 10100 20072 39755 49775 58054 60147 763/ 92052 333 91045 555 92921. |
| 29 | 1626 | MET12110/29/12 16:26:02 SPECI KDCA 292126Z 30033G44KT 1 3/4SM RA SCT017 OVC055 10/07 A2883 RMK AO2 PK WND 30047/2057 P0009 (JV) |
| 29 | 1652 | MET15810/29/12 16:52:02 METAR KDCA 292152Z 30029G48KT 1 3/4SM +RA SCT017 OVC055 10/07 A2880 RMK AO2 PK WND 31048/2149 SLP751 P0019 T01000072 (JV) |
| 29 | 1703 | MET12410/29/12 17:03:02 SPECI KDCA 292203Z 31027G42KT 3SM RA SCT017 OVC060 10/07 A2880 RMK AO2 PK WND 32042/2157 P0003 (JV) |
| 29 | 1727 | MET12210/29/12 17:27:02 SPECI KDCA 292227Z 30027G50KT 2 1/2SM +RA SCT017 OVC060 10/07 A2877 RMK AO2 PK WND 32042/2157 P0012 (JV) |
| 29 | 1752 | MET14210/29/12 17:52:02 METAR KDCA 292252Z 30027G44KT 2 1/2SM +RA BR SCT017 OVC060 10/07 A2875 RMK AO2 PK WND 32050/2225 SLP738 P0023 T00940072 (JV) |
| 29 | 1808 | MET11810/29/12 18:08:02 SPECI KDCA 292308Z 30026G45KT 3SM +RA SCT017 OVC050 10/07 A2876 RMK AO2 PK WND 28045/2304 P0007 (JV) |
| 29 | 1852 | MET16110/29/12 18:52:02 METAR KDCA 292352Z 30023G40KT 3SM +RA FEW018 SCT046 OVC050 09/07 A2875 RMK AO2 PK WND 28045/2304 P0007 (JV) |
| 29 | 1900 | SYN104AAXX 30004 72405 11448 83023 10094 20067 39689 49714 60311 765// 92353 333 10111 20094 91040 555 93000. |
| 29 | 1950 | MET13410/29/12 19:50:03 SPECI KDCA 300050Z 31022G45KT 2 1/2SM +RA FEW018 BKN046 OVC070 09/06 A2868 RMK AO2 PK WND 32045/0047 P0029 FIBI (JV) |
| 29 | 1952 | MET16010/29/12 19:52:03 METAR KDCA 300052Z 30026G45KT 2 1/2SM +RA FEW018 BKN046 OVC070 09/06 A2868 RMK AO2 PK WND 32045/0047 SLP711 P0030 T00890061 (JV) |
| 29 | 1959 | MET12410/29/12 19:59:03 SPECI KDCA 300059Z 31026G48KT 3SM RA FEW020 OVC070 09/06 A2864 RMK AO2 PK WND 33048/0056 P0003 (JV) |
| 29 | 2052 | MET15410/29/12 20:52:03 METAR KDCA 300152Z 31033G52KT 4SM RA SCT023 OVC050 09/06 A2864 RMK AO2 PK WND 32052/0151 SLP696 SCT023 V BKN P0015 T00890056 (JV) |
| 29 | 2152 | MET16410/29/12 21:52:03 METAR KDCA 300252Z 31026G41KT 5SM RA SCT015 SCT023 OVC050 09/06 A2863 RMK AO2 PK WND 31053/0209 SLP695 SCT V BKN P0009 60054 T00890056 56019 (JV) |
| 30 | 2200 | SYN098AAXX 30034 72405 11558 83126 10089 20056 39674 49695 56019 60147 761// 90252 333 91041 555 93003. |
| 30 | 2252 | MET12010/30/12 22:52:03 METAR KDCA 300352Z 28020G33KT 5SM RA SCT018 OVC033 07/04 A2900 RMK AO2 SCT V BKN P0005 FIBI (RS) |
| 30 | 2348 | MET14210/29/12 23:48:03 SPECI KDCA 300448Z 26017G26KT 7SM -RA BKN019 OVC070 08/06 A2866 RMK AO2 PK WND 28035/0411 PRESRR P0006 401280078 (JV) |
| 30 | 2352 | MET15910/29/12 23:52:03 METAR KDCA 300452Z 25019G23KT 9SM -RA SCT018 OVC033 07/04 A2900 RMK AO2 SCT V BKN P0005 T00700044 51055 (JV) |
| 30 | 0052 | MET16110/30/12 00:52:02 METAR KDCA 300552Z 23017G26KT 7SM -RA BKN019 OVC070 08/06 A2872 RMK AO2 PK WND 28035/0411 PRESRR SLP726 P0007 T00780050 401280078 (JV) |
| 30 | 0100 | SYN116AAXX 30064 72405 11456 82317 10067 20044 39725 49746 53051 60211 763// 90552 333 10128 20067 91025 96010 555 93006. |
| 30 | 0152 | MET11210/30/12 01:52:02 METAR KDCA 300652Z 22016G23KT 5SM RA BR OVC025 07/04 A2884 RMK AO2 SLP766 P0014 T00670044 (JV) |
| 30 | 0252 | MET11910/30/12 02:52:02 METAR KDCA 300752Z 20018G26KT 4SM RA BR SCT014 OVC025 07/04 A2884 RMK AO2 SLP781 P0009 T00670044 (JV) |
| 30 | 0352 | MET15610/30/12 03:52:02 METAR KDCA 300852Z 20017G23KT 4SM RA BR BKN014 OVC025 07/04 A2888 RMK AO2 SLP781 P0009 T00670044 (JV) |
| 30 | 0400 | SYN104AAXX 30094 72405 11458 82017 10067 20044 39779 49801 51055 60097 763// 90852 333 91023 96010 555 93009. |
| 30 | 0450 | MET11510/30/12 04:50:02 SPECI KDCA 300950Z 20015G22KT 9SM -RA SCT018 OVC033 07/04 A2900 RMK AO2 SCT V BKN P0005 FIBI (RS) |
| 30 | 0452 | MET17010/30/12 04:52:02 METAR KDCA 300952Z 21015G22KT 9SM -RA SCT018 OVC033 07/04 A2900 RMK AO2 SLP820 SCT V BKN P0005 T00670044 51055 (JV) |
| 30 | 0516 | MET10010/30/12 05:16:02 SPECI KDCA 301016Z 20011KT 10SM -RA SCT018 OVC033 07/04 A2900 RMK AO2 P0003 (RS) |
| 30 | 0552 | MET14510/30/12 05:52:02 METAR KDCA 301052Z 19016G23KT 9SM -RA SCT018 OVC034 06/04 A2914 RMK AO2 P0001 (RS) |
| 30 | 0652 | MET17210/30/12 06:52:02 METAR KDCA 301152Z 20013KT 10SM -RA BKN012 BKN020 OVC047 06/04 A2920 RMK AO2 SLP888 P0002 T00560039 (RS) |
| 30 | 0700 | SYN116AAXX 30124 72405 11459 82013 10061 20044 39833 49855 51054 60141 761// 91152 333 10128 20061 70963 96010 555 93012. |
| 30 | 0710 | MET10810/30/12 07:10:02 SPECI KDCA 301210Z 20009G19KT 10SM -RA BKN010 OVC030 06/04 A2924 RMK AO2 SLP900 P0003 60007 T00610039 51027 (RS) |
| 30 | 0728 | MET10810/30/12 07:28:02 SPECI KDCA 301228Z 19013G18KT 10SM -RA BKN012 OVC034 07/04 A2912 RMK AO2 P0001 (RS) |
| 30 | 0752 | MET10810/30/12 07:52:02 METAR KDCA 301252Z 19016G22KT 9SM -RA OVC039 06/04 A2914 RMK AO2 P0001 (RS) |
| 30 | 0850 | MET10510/30/12 08:50:02 SPECI KDCA 301350Z 20011KT 10SM -RA SCT012 BKN020 OVC047 06/04 A2916 RMK AO2 SLP873 P0002 T00560039 (RS) |
| 30 | 0852 | MET10510/30/12 08:52:02 METAR KDCA 301352Z 20011KT 10SM -RA SCT012 BKN020 OVC047 06/04 A2920 RMK AO2 SLP888 P0002 (JV) |
| 30 | 0859 | MET10510/30/12 08:59:02 SPECI KDCA 301359Z 20012KT 10SM -RA SCT012 OVC038 06/04 A2922 RMK AO2 P0001 (RS) |
| 30 | 0921 | MET10110/30/12 09:21:02 SPECI KDCA 301421Z 21012G18KT 10SM -RA FEW013 OVC030 06/04 A2924 RMK AO2 P0002 (RS) |
| 30 | 0952 | MET10710/30/12 09:52:02 METAR KDCA 301452Z 21010KT 10SM -RA FEW009 BKN013 OVC036 06/04 A2922 RMK AO2 P0002 (RS) |
| 30 | 1000 | SYN088AAXX 30154 72405 11466 82110 10061 20039 39880 49900 51027 60027 761// 91452 555 93015. |
| 30 | 1052 | MET10810/30/12 10:52:02 METAR KDCA 301552Z 21009KT 10SM -RA OVC031 06/04 A2927 RMK AO2 SLP912 P0003 T00610039 51027 (RS) |
| 30 | 1106 | MET12110/30/12 11:06:02 SPECI KDCA 301606Z 19013KT 10SM -RA FEW009 BKN013 OVC036 06/04 A2919 RMK AO2 P0001 (RS) |
| 30 | 1150 | MET09710/30/12 11:50:02 SPECI KDCA 301650Z 19014KT 8SM -RA FEW009 BKN013 OVC036 06/04 A2929 RMK AO2 P0002 $ FIBI (RS) |

| | | |
|---|---|---|
| 30 | 1152 | MET10910/30/12 11:52:02 METAR KDCA 301652Z 19013KT 8SM -RA OVC011 06/04 A2929 RMK AO2 SLP919 P0002 T00610039 $ (RS) |
| 30 | 1252 | MET1261/30/12 12:52:02 METAR KDCA 301752Z 19013KT 10SM -RA OVC011 06/03 A2931 RMK AO2 SLP926 P0000 60012 T00560033 10061 20056 (JV) |
| 30 | 1300 | SYN098AAXX 30184 72405 11468 81913 10056 20033 39904 49926 60031 761// 91752 333 10072 20056 555 93018; |
| 30 | 1352 | MET1151/30/12 13:52:02 METAR KDCA 301852Z 19012KT 10SM -RA BKN011 OVC018 06/04 A2933 RMK AO2 SLP932 P0001 T00610039 (JV) |
| 30 | 1400 | MET0981/30/12 14:00:02 SPECI KDCA 301900Z 19012KT 10SM -RA BKN011 OVC018 06/04 A2934 RMK AO2 P0000 (JV) |
| 30 | 1408 | MET1051/30/12 14:08:02 SPECI KDCA 301908Z 19011KT 10SM -RA SCT009 BKN018 OVC022 06/04 A2934 RMK AO2 P0000 (JV) |
| 30 | 1450 | MET1031/30/12 14:50:02 SPECI KDCA 301950Z 19009KT 10SM -RA BKN014 OVC027 06/04 A2936 RMK AO2 P0001 FIBI (JV) |
| 30 | 1452 | MET1221/30/12 14:52:02 METAR KDCA 301952Z 19010KT 10SM -RA BKN014 BKN023 OVC027 06/04 A2936 RMK AO2 SLP941 P0001 T00610039 (JV) |
| 30 | 1454 | MET1041/30/12 14:54:02 SPECI KDCA 301954Z 19009KT 9SM -RA FEW009 BKN016 OVC023 06/04 A2936 RMK AO2 P0000 (JV) |
| 30 | 1533 | MET1051/30/12 15:33:02 SPECI KDCA 302033Z 22009KT 10SM -RA SCT011 BKN031 OVC049 06/04 A2937 RMK AO2 P0002 (JV) |
| 30 | 1552 | MET1341/30/12 15:52:02 METAR KDCA 302052Z 21009KT 10SM -RA SCT013 BKN035 OVC050 06/04 A2938 RMK AO2 SLP948 P0002 60004 T00610039 53022 (JV) |
| 30 | 1600 | SYN098AAXX 30214 72405 11468 82109 10061 20039 39927 49948 53022 60017 761// 92052 555 93021; |
| 30 | 1652 | MET1221/30/12 16:52:02 METAR KDCA 302152Z 21008KT 10SM -RA FEW013 BKN033 OVC050 06/04 A2940 RMK AO2 SLP956 P0001 T00610039 (JV) |
| 30 | 1703 | MET1051/30/12 17:03:02 SPECI KDCA 302203Z 21007KT 10SM -RA BKN020 BKN033 OVC048 06/04 A2941 RMK AO2 P0000 (JV) |
| 30 | 1752 | MET1221/30/12 17:52:02 METAR KDCA 302252Z 21005KT 10SM -RA SCT018 BKN025 OVC050 06/04 A2943 RMK AO2 SLP965 P0001 T00610039 (JV) |
| 30 | 1755 | MET1051/30/12 17:55:02 SPECI KDCA 302255Z 21006KT 10SM -RA SCT018 BKN032 OVC050 06/04 A2943 RMK AO2 P0000 (JV) |
| 30 | 1852 | MET1561/30/12 18:52:02 METAR KDCA 302352Z 21006KT 10SM SCT018 SCT024 OVC032 06/04 A2945 RMK AO2 RAE2257B20E41 SLP972 P0000 60006 T00610039 10061 20056 51024 (JV) |
| 30 | 1900 | SYN098AAXX 31004 72405 12466 82106 10061 20039 39951 49972 51024 60021 92352 333 10061 20056 555 93100; |
| 30 | 1952 | MET1271/30/12 19:52:03 METAR KDCA 310052Z 24007KT 10SM FEW018 SCT024 OVC038 06/03 A2947 RMK AO2 RAB11E25 SLP978 P0000 T00610033 (JV) |
| 30 | 2052 | MET1121/30/12 20:52:03 METAR KDCA 310152Z 21004KT 10SM BKN032 OVC043 06/04 A2948 RMK AO2 SLP984 T00610039 (JV) |
| 30 | 2152 | MET1251/30/12 21:52:03 METAR KDCA 310252Z 22005KT 10SM FEW036 SCT045 BKN060 06/03 A2949 RMK AO2 SLP984 60000 T00560033 51012 (JDH) |
| 30 | 2200 | SYN082AAXX 31034 72405 12666 62205 10056 20033 39965 49984 51012 69907 90252 555 93103; |
| 30 | 2252 | MET1131/30/12 22:52:03 METAR KDCA 310352Z 23005KT 10SM FEW020 SCT041 BKN055 06/03 A2949 RMK AO2 SLP984 T00560033 (JDH) |
| 30 | 2352 | MET1161/30/12 23:52:03 METAR KDCA 310452Z 21004KT 10SM FEW041 OVC050 06/03 A2949 RMK AO2 SLP985 T00560033 400780056 (JDH) |

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

# Local Climatological Data
## Hourly Precipitation
## October 2012
Generated on 08/10/2018

Current Location: Elev: 10 ft. Lat: 38.8472° N Lon: -77.0345° W
Station: WASHINGTON REAGAN NATIONAL AIRPORT, VA US 13743

### For Hour (LST) Ending at

| Date | 1 AM | 2 AM | 3 AM | 4 AM | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | NOON | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | 11 PM | MID | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | T | T | | | | | | | | T | | | | | | | | | | T | T | T | T | | 01 |
| 02 | T | T | T | | | T | 0.09s | 0.13 | 0.10 | 0.10 | 0.01 | T | T | T | T | | | | | T | T | T | T | | 02 |
| 03 | | | T | | | | | | T | | | | | | | T | | | | | | | | T | 03 |
| 04 | | | | T | | 0.01 | T | | T | | | | | | | T | | | | T | | | | T | 04 |
| 05 | | | | | | | | | | | | | | | | | | | | | | | | | 05 |
| 06 | | | | | | | | | | | | | | | | | | | | | | | | | 06 |
| 07 | | | | | | | T | 0.01 | 0.03 | | | | | | | | | | | | | | | | 07 |
| 08 | T | | | | | | | | | T | | | | | T | T | 0.05 | 0.02 | T | | | | | T | 08 |
| 09 | 0.01 | 0.04 | 0.02 | 0.01 | 0.01 | | | | | T | | | | 0.22 | | | | | | 0.02 | 0.02 | T | | | 09 |
| 10 | T | T | | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | 12 |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | | 13 |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | T | T | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | 0.02 | T | | | | 0.02 | 0.02 | T | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | | | | | | | | | | | | | | | | | | | 18 |
| 19 | T | | | | | | 0.07 | T | | | | | | | | | | | | | | | | | 19 |
| 20 | | | | | | | | | | | | | | | | | T | 0.14 | 0.03 | | | | | | 20 |
| 21 | | | | | | | | | | | | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | | | | | | | | | | | | | | | | | | 22 |
| 23 | | | | | | | | | | | | | | | | | | | | | | | | | 23 |
| 24 | | | | | | | | | | | | | | | | | | | | | | | | | 24 |
| 25 | | | | | | | | | | | | | | | | | | | | | | | | | 25 |
| 26 | | | | | | | | | | | | | | | | | | | | | | | | | 26 |
| 27 | | | | | | | | | | | | | | | | | | | | | | | | | 27 |
| 28 | | | | | | | | | | | | | | | | | | | | | | | | T | 28 |
| 29 | 0.03 | 0.03 | 0.05 | 0.09 | 0.10 | 0.25 | 0.19 | 0.25 | 0.21 | 0.23 | 0.22 | 0.11 | 0.19 | 0.22 | 0.15 | 0.16 | 0.20 | 0.02 | 0.03 | 0.02 | 0.02 | 0.02 | 0.03 | 0.01 | 29 |
| 30 | 0.13 | 0.13 | 0.08 | 0.11 | 0.06 | 0.06 | 0.09 | 0.02 | 0.03 | 0.02 | 0.03 | 0.02 | T | 0.01 | 0.01 | 0.02 | 0.01 | 0.24 | 0.26 | 0.29 | 0.13 | 0.09 | 0.10 | 0.06 | 30 |
| 31 | T | | | | | | | | | | | | | | | | | 0.01 | T | T | | | | | 31 |

### Maximum Short Duration Precipitation

| Time Period (Minutes) | 5 | 10 | 15 | 20 | 30 | 45 | 60 | 80 | 100 | 120 | 150 | 180 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Precipitation (inches) | | | | | | | | | | | | |
| Ending Date Time (yyyy-mm-dd hh:mi) | | | | | | | | | | | | |

T = Trace
S = Suspect
E = Erroneous
blank = No precipitation observed
M = Missing

Hourly, daily, and monthly totals on the Daily Summary page and the Hourly Precipitation Table are shown as reported by the instrumentation at the site. However, NWS does not edit hourly values for its ASOS sites, but may edit the daily and monthly totals for selected sites which will be reflected on the Daily Summary page.

## Jordan, Diana (DDOT)

| | |
|---|---|
| **From:** | Ertem, Munevver (DDOT) |
| **Sent:** | Friday, June 14, 2013 3:22 PM |
| **To:** | Gray, Michaud (DDOT) |
| **Subject:** | FW: post storm (tree maintenence request-Ward 3) |

FYI


moveDC is a citywide initiative to develop a bold, new vision for the District's transportation future and increase transportation choices for all.
Visit www.wemovedc.org for more information.
-----Original Message-----
From: Peterson, Kelly (DDOT)
Sent: Tuesday, November 27, 2012 9:55 AM
To: Ertem, Munevver (DDOT)
Cc: Steacy, Richard (ANC 3C04); Osigbesan, Kemi (DDOT); Eutsler, Earl (DDOT)
Subject: RE: post storm (tree maintenence request-Ward 3)

Vera,
As noted in the email below from NPS' Rock Creek Superintendent, this area is a shared jurisdiction with NPS. Donald Kirk is the contact for Rock Creek Park maintenance  (202-895-6060) and may need to be contacted to join your site visit, as you see fit.


Thank you for work with ANC Steacy and Donald Kirk on this maintenence request.

Best,
Kelly

-----Original Message-----
From: Ertem, Munevver (DDOT)
Sent: Tuesday, November 27, 2012 9:50 AM
To: Peterson, Kelly (DDOT)
Cc: Steacy, Richard (ANC 3C04); Osigbesan, Kemi (DDOT); Eutsler, Earl (DDOT)
Subject: Re: post storm (tree maintenence request-Ward 3)

Good morning,
I can meet tomorrow between 7:00 am and 2:00 pm to discuss these trees. My next available time is next week Monday through Wednesday same hours.

Thanks,
Vera
Sent from my iPhone

On Nov 27, 2012, at 9:44 AM, "Peterson, Kelly (DDOT)" <kelly.peterson@dc.gov> wrote:

> Richard,

1


EXHIBIT
tabbies
F

> The Ward 3 Arborist is Vera Ertem, copied on this email. Please contact her directly regarding this issue and any Urban Forestry issues in Ward 3 going forward.
>
> You can also submit the tree maintenance request via 311.
>
> Thank you,
>
> Kelly Peterson | Transportation Planner Policy, Planning &
> Sustainability Administration | District Department of Transportation
> 55 M Street, SE, Suite 500, Washington, DC 20003
> tel: 202.671.4573| fax: 202.671.0617 | www.ddot.dc.gov
>
> d.  Serving with Integrity and Excellence
>
> -----Original Message-----
> From: Steacy, Richard (ANC 3C04)
> Sent: Tuesday, November 27, 2012 5:25 AM
> To: Osigbesan, Kemi (DDOT)
> Cc: Peterson, Kelly (DDOT)
> Subject: FW: FW: Note from neighbor re: post storm and prep for area
>
> Hello,
>
> Below is correspondence regarding a dead tree or branch which fell on the Conn. Ave Bridge over Klingle Valley during Hurricane Sandy. It injured a pedestrian. There are still hazardous trees along that bridge, and there is hope and desire that they can be removed or trimmed back. As the Rock Creek Park superintendent notes in her email, there is a shared jurisdiction in this part of Klingle Valley owing to rights-of-way.
>
> Would you please forward this to DC Urban Forestry so that arrangements can be made to take care of this matter before any further damage to life or property occurs.
>
> I look forward to hearing back from you about this.
>
> Thanks!
>
> Richard
>
> Richard Steacy
> Advisory Neighborhood Commissioner
> Single Member District 3C04
>
> www.anc3c.org
>
>
> Help 9-1-1 Save Your Life!
> Create a free Safety Profile to provide critical, lifesaving data to 9-1-1 in the event of an emergency call today at www.smart911.com.
> Inform first responders in advance!
> _____
> From: Tara_Morrison@nps.gov [Tara_Morrison@nps.gov]
> Sent: Tuesday, November 20, 2012 8:55 AM

2

> To: Steacy, Richard (ANC 3C04)
> Subject: Re: FW: Note from neighbor re: post storm and prep for area
>
> Good morning Mr. Steacy,
>
> Thank you for your email on behalf of your constituent Tamara Browne and the ANC.  On October 31, 2012 Rock Creek Park was notified of a tree that fell in the Klingle Valley Area during Hurricane Sandy. The tree appears to have failed due to rain and heavy winds.
>
> Our goal at Rock Creek Park is to ensure the safety of park users and neighbors while protecting the natural resources.  While we are unable to predict the effects that every storm may have on trees, we take preventative measures whenever possible.  Although Ms. Browne mentions that the National Park Service was contacted regarding her concern over trees in this area, we have found no record of this.  We perform regular tree inspections throughout all of Rock Creek Park and the many miles of boundaries we share with neighboring jurisdictions so that we are able to mitigate hazardous trees within a reasonable time frame. This area in particular shares a right of way with the District of Columbia.  Rock Creek Park will work with DC Urban Forestry to investigate and mitigate any hazards as necessary.
>
> Please feel free to contact Donald Kirk, Rock Creek Park maintenance
> on
> 202-895-6060 if you ever have any questions or concerns regarding trees on National Park Service land.
>
> Tara Morrison
>
> Tara Morrison
> Superintendent
> Rock Creek Park
> 3545 Williamsburg Ln, NW
> Washington, DC 20008
> 202-895-6004
>
>
>
>
>
>
>
>
>
>          "Steacy, Richard
>          (ANC 3C04)"
>          <3C04@anc.dc.gov>                    To
>                    "tara_morrison@nps.gov"
>          10/30/2012 06:20     <tara_morrison@nps.gov>
>          PM                              cc
>                    "all@anc3c.org" <all@anc3c.org>
>                              Subject
>          FW: Note from neighbor re: post
>          storm and prep for area
>
>
>

3

> 
> 
> 
> 
> 
> 
> 
> Dear Superintendent Morrison:
> 
> Below is an email sent from one of our ANC3C constituents regarding the horrible accident Monday caused by a falling branch or tree from Klingle Valley.
> 
> While walking along Connecticut Avenue today, I noticed that there are indeed a number of dead trees and branches overhanging or near the bridge.
> I am hoping that members of ROCR's Natural Resource Management and Maintenance staffs could take a look at the Klingle Valley trees that could affect Connecticut Avenue, the bridge and the people who use it, and take the preventative measures necessary in order to prevent any further incidents.
> 
> Thank you for your attention to this matter. I hope to hear from you soon.
> 
> Sincerely,
> 
> Richard Steacy
> Advisory Neighborhood Commissioner
> Single Member District 3C04
> 
> www.anc3c.org
> 
> 
> Grade.DC.gov has expanded!
> Now you can grade the DC Public Library, Police, Fire and EMS, the Office of Unified Communications (311/911) and the Office on Aging.
> Check out www.grade.dc.gov today.
> _____
> From: ANC3C [anc3c.office@gmail.com]
> Sent: Tuesday, October 30, 2012 2:56 PM
> To: all@anc3c.org
> Subject: Fwd: Note from neighbor re: post storm and prep for area
> 
> Begin forwarded message:
> 
> From: Tamara Browne <tamdc@yahoo.com<mailto:tamdc@yahoo.com>>
> Date: October 30, 2012 2:52:24 PM EDT
> To: "anc3c.office@gmail.com<mailto:anc3c.office@gmail.com>"
> <anc3c.office@gmail.com<mailto:anc3c.office@gmail.com>>
> Subject: Note from neighbor re: post storm and prep for area
> Reply-To: Tamara Browne <tamdc@yahoo.com<mailto:tamdc@yahoo.com>>
> 
> Dear Members of the ANC 3 Commission,
> 
> 

4

> I am a resident of the ANC 3C area and over the past few years have successfully worked with members of the ANC on a variety of public safety, infrastructure and other issues in the area.  I have also exchanged a number of communiques with Nan McWood and others on the commission about a variety of issues impacting residents.
>
> I write this note today to once again inquire how all of us in the CT corridor near the zoo and work with the city and NPS to ensure that nearby public spaces are secured and safe.  Yesterday a neighbor was seriously injured by a falling tree (branch)  in the Klingle valley area on the west side of the bridge - near Woodley Tower.  My building's manager said he witnessed it and it was a horrific scene.  Miraculously the woman survived, but I understand that she has serious injuries.  This is yet another black eye for us in this area since we had a pedestrian fatality in the crosswalk a few months ago.  I also was terrified to be on the street yesterday as I waited for a cab - since my office demanded that the staff report to work.
>
> I realize that the city has many challenges and I also know that it is important that we work collectively to get things done.  I reported to the NPS and City and to the ANC the possible safety issues of the trees dangling over and near the bridge.  There was no response and now post-Sandy we learn of this preventable accident that took place yesterday.
>
> Somehow we all need to work to ensure that our streets are safe for pedestrians - especially true in this area since so many use the Metrobus and Metro.
>
> I would be willing to help in any way to ensure that we can resolve this issue - it is important for all of us.
>
> Please feel free to contact me at this email.
>
> Thank you.
>
> Regards,
>
> Tamara Browne
> 3133 Connecticut Ave.
>
>
>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**MARY LOU WALEN**             :

                       :

**Plaintiff,**                  :

                       :

            **vs.**             :    Case No.: 1:15-CV-01718-BAH

                       :

**THE UNITED STATES OF**     :
**AMERICA,** *et, al.*           :

                       :

        **Defendants.**        :

---

## Affidavit

1. My name is Mary Lou Walen.

2. I am the plaintiff in the above referenced suit.

3. On October 29, 2012 I was injured by a falling tree branch while crossing the Klingle

   Valley Bridge at approximately 3:10 p.m.

4. At the time of the occurrence I was carrying my red umbrella.

5. I have seen the photos of the scene taken by MPD investigators.

6. In the MPD photos there is a red umbrella beneath the debris that struck me.

7. The red umbrella in the MPD photos belongs to me.

FURTHER THE AFFIANT SAYETH NAUGHT


Subscribed and Sworn before me BY:      _M L Walen_

                                         (Affiant)

**EXHIBIT**

G

City/County of _KING_____;

State of _WASHINGTON_____:

Personally appeared before me, the undersigned Notary Public, this _20TH_ day of _December_,

2018, Affiant _MARY LOU WALEN_, who made oath that the foregoing statements were true and correct to the best of their knowledge and belief.

_Mary Osheskie_

Notary Public

My Commission expires: _3·31·19_____

Registration Number: _none_____

Notary Public
State of Washington
MARY OSHESKIE
My Appointment Expires Mar 31, 2019

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MARY LOU WALEN** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | **Case No.: 1:15-CV-01718-BAH** |
| vs. | : | |
| | : | |
| **THE UNITED STATES OF** | : | |
| **AMERICA**, *et, al.* | : | |
| | : | |
| **Defendants.** | : | |

## DECLARATION OF ERIC KIMBUENDE

1. My name is Eric Kimbuende.

2. On October 29, 2012 I was walking on the northeast side of the Klingle Valley Bridge at approximately 3:10 p.m.

3. While I was walking I heard a loud crashing sound.

4. I turned toward the sound and noticed that a tree branch had fallen. I noticed that a few people who were ahead of me started sprinting towards the southwest side of the bridge. Upon reaching them I noticed that a woman had been struck by the branch.

5. I now know that the woman who was struck by the falling tree branch was Mary Lou Walen, the Plaintiff in the above-referenced case.

6. There were several other people outside in the vicinity who ran over to assist Ms. Walen.

7. I walked over to Ms. Walen and observed the fallen tree branch that struck her.

8. It was clear which tree the branch had fallen from.

9. I have seen photos of the area and it appears that the tree from which the branch fell is depicted therein in the image attached to this Declaration.

EXHIBIT

H

10. The fallen branch was not cleaned up until several days after the occurrence.


I HEREBY CERTIFY under penalty of perjury I declare that I have examined this Declaration and to the best of my knowledge and belief it is true, correct, and complete.


12/21/2018

Date

Eric Kimbuende



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARY LOU WALEN** | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | **Case No.: 1:15-CV-01718-BAH** |
| | : | |
| **THE UNITED STATES OF** | : | |
| **AMERICA,** *et, al.* | : | |
| | : | |
| **Defendants.** | : | |

### Affidavit

1. My name is Lewis Bloch.

2. I am an ASCA Registered Consulting Arborist, ISA Certified Arborist, MD. Licensed Landscape Architect, MD. Licensed Tree Expert, MD. Licensed Pesticide Consultant.

3. I have been retained by the Plaintiff as an expert in the above-referenced case.

4. I have been provided photographs of the scene taken by MPD investigators soon after the Plaintiff was struck by a fallen branch.

5. Based on the photographs it is my opinion that the branch which struck the Plaintiff had been, dead, dying, and decaying for at least three to six years.

6. I have based my opinions on my expertise of over 40 years of experience in dealing with dead and dying branches in trees.

7. I am was provided with the weather conditions in effect on October 29, 2012, at the time of the occurrence.



8. Because live wood in tree branches have strength, flexibility and stability this limb would not likely have failed, even in these weather conditions, had it been a live and healthy limb. The wood on dead and/or dying branches is fragile and brittle.

9. .Both and NPS and/or the Urban Forestry Division should have encountered this hazardous branch during regular maintenance and inspection procedures. Dead/dying branches would have had no leaves or viable buds on them. Also, based on the photos that I reviewed these limbs had conks (fruiting bodies) growing on them and the bark was peeling off of them which would have been noticed during an inspection.


FURTHER THE AFFIANT SAYETH NAUGHT

Subscribed and Sworn before me BY:        _____

                                                        (Affiant)

City/County of _Montgomery_ ;

State of _Maryland_ :

Personally appeared before me, the undersigned Notary Public, this _21st_ day of _December_, 2017, Affiant _Lewis Bloch_, who made oath that the foregoing statements were true and correct to the best of their knowledge and belief.


                                        Notary Public

My Commission expires:        _7/11/2022_

Registration Number:        _239669_

SOTIRIOS STEVE KANARAS
Notary Public
Montgomery County
Maryland
My Commission Expires July 11, 2022

Date   _December 21, 2018_

Lewis Bloch, ASCA Registered
Consulting Arborist