UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY LOU WALEN** | : |
| **Plaintiff,** | : |
| vs. | : Case No.: 1:15-CV-01718-BAH |
| **THE UNITED STATES OF AMERICA,** *et, al.* | : |
| **Defendants.** | : |

**PLAINTIFF'S MEMORANDUM OPPOSING DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff Mary Lou Walen, by and through undersigned counsel, John J. Yannone, Esq. and Price Benowitz LLP, and hereby respectfully moves this Honorable Court to deny Defendant United States of America's Motion for Summary Judgment, and for reasons states as follows:

Plaintiff incorporates her Memorandum Opposing Summary Judgement as if fully restated herein and asserts that genuine disputes of material fact exist concerning the actual inspection and maintenance of the tree in question, issues relating to the concurrent jurisdiction of the tree by the Defendants, and questions of differing expert opinions. Defendant is liable to Plaintiff for the injuries she suffered as a result of the falling tree limb. For these reasons, summary judgment is inappropriate at this time and Defendant's Motion must be denied.

1

        Respectfully Submitted,

**PRICE BENOWITZ, LLP**
By:  */s/ John J. Yannone*
John J. Yannone, Esq. (#04396)
John@PriceBenowitzlaw.com
Price Benowitz, LLP
409 7th Street, NW, Suite #200
Washington, D.C. 20004
Phone:  (202) 417-6015
Fax:  (301) 244-6659
*Attorneys for Plaintiff*

## REQUEST FOR HEARING

Plaintiff hereby requests a hearing on the Motion

*/s/ John J. Yannone*
John J. Yannone, Esq.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 21st  day of December, 2018, a copy of the foregoing Plaintiff's Motion Opposing Defendant District of Columbia's Motion for Summary Judgment was served by electronic mail and/or U.S. mail on all counsel of record.

*/s/ John J. Yannone*
John J. Yannone, Esq.

2