UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY LOU WALEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 15-1718 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of the defendant District of Columbia's Motion for Summary Judgment, ECF No. 43; the defendant United States' Motion for Summary Judgment, ECF No. 47; the memoranda and exhibits in support and opposition to these motions; and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the District of Columbia's Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that the United States' Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that the parties are directed to confer and submit, by September 13, 2019, three proposed dates for trial of the plaintiff's claims.

**SO ORDERED.**

Date: September 9, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge