UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARY LOU WALEN** | : |
| **Plaintiff,** | : |
| vs. | : Case No.: 1:15-CV-01718-BAH |
| **THE UNITED STATES OF AMERICA,** *et, al.* | : |
| **Defendants.** | : |

## STIPULATION OF DISMISSAL

Plaintiff, Mary Lou Walen, through her attorneys, John J. Yannone, and Price Benowitz, LLP, and Defendant District of Columbia, through its attorneys, file this Stipulation of Dismissal of the Plaintiff's claims against Defendant District of Columbia pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**Date: January 27, 2020**

Respectfully Submitted,

**PRICE BENOWITZ, LLP**

By:  */s/ John J. Yannone*
John J. Yannone, Esq. (#04396)
John@PriceBenowitzlaw.com
Price Benowitz, LLP
409 7th Street, NW, Suite #200
Washington, D.C. 20004
Phone: (202) 417-6015
Fax: (301) 244-6659

*Attorneys for Plaintiff*

and

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ *Benjamin E. Bryant*
BENJAMIN E. BRYANT [1047632]
Assistant Attorney General
Civil Litigation Division Section IV
441 Fourth Street, NW, Suite 630 South
Washington, D.C. 20001
202-724-6652 (phone)
202-730-0624 (fax)
benjamin.bryant@dc.gov

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January 2020, a copy of the foregoing Stipulation of Dismissal, was served electronically on:

Brian J. Field, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
*Attorney for Defendant United States of America*

Benjamin E. Bryant, Esq.
Assistant Attorney General
441 4th Street, NW, Suite 630 South
benjamin.bryant@dc.gov
*Attorney for Defendant District of Columbia*

                                              */s/ John J. Yannone*_____
                                              John J. Yannone, Esq